IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven Mager as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven Mager
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington D.C. 20530
Phone: (202) 307-1011
Fax: (202) 307-0972

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: December 16, 2003

s/ Steven M. Mager
Steven M. Mager
Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of December, 2003, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify under penalty of perjury that on this 16th day of December 2003 I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Saul J. Steinberg
SUFRIN ZUCKER STEINBERG
& WIXTED, P.C.
519 Federal Street
Suite 503
Camden, NJ 08103

s/ Steven M. Mager