IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 49 calendar days, to and including March 5, 2004, in which to respond to plaintiff's complaint. Defendant's response is presently due January 16, 2004. This is defendant's first request for an enlargement of time. Counsel for the United States has contacted the office of plaintiff's counsel, and they have agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate agency, the Defense Logistics Agency, and have not yet received such report because of the holidays and the need to determine correctly which component of the Department of Defense will best be able to provide information regarding, and responsive to, Ms. Anderson's claim. See 28 U.S.C. § 520. Moreover, Government counsel is handling several other matters

before this Court which have responses due in late January 2004 and February 2004 (e.g., Record Steel v. United States, No. 03-2274, answer currently due on January 30, 2004; Fisher Land Company DBA v. United States, No. 03-2185, joint preliminary status report currently due on February 6, 2004; Advanced Team Concepts v. United States, No. 02-197, reply brief currently due on February 10, 2004; The Edge Research Development, Inc., v. United States, No. 03-2843, answer currently due on February 20, 2004; Ruttenburg v. United States, No. 03-2523, answer currently due on February 27, 2004).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman
ROBERT E. KIRSCHMAN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

January 8, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of January, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify under penalty of perjury that on this 8th day of January 2004 I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "MOTION TO EXTEND" addressed as follows:

Saul J. Steinberg
SUFRIN ZUCKER STEINBERG
& WIXTED, P.C.
519 Federal Street
Suite 503
Camden, NJ 08103

s/ Steven M. Mager