# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: January 5, 2004)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

FILED
JAN 5 2004
U.S. COURT OF FEDERAL CLAIMS

**ORDER**

On November 17, 2003, the Clerk of the court filed its notice of this case's designation as an electronic case. In its notice, the Clerk advised the parties that it would effect service of electronically filed documents in paper form for thirty days from the date the case was opened. Because more than thirty days have passed since the opening of this case, service will no longer be effected in paper form. Plaintiff's counsel is hereby ordered to comply with the Clerk's notice of November 17, 2003, and obtain an account by which service may be effected electronically. The Clerk is directed to file and serve this order in paper form.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge