# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: May 12, 2004)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 11, 2004, plaintiff filed an unopposed motion for an extension of time in which to file their joint preliminary status report. The motion is hereby **GRANTED**. On or before June 5, 2004, the parties shall file their joint preliminary status report.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge