# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 13 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

SIMONE ANDERSON,

Plaintiff,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY, DEFENSE PERSONNEL SUPPORT CENTER, DEFENSE SUPPLY CENTER - PHILADELPHIA, DEFENSE FINANCE AND ACCOUNTING SERVICE, DEFENSE CONTRACT MANAGEMENT COMMAND, DIRECTORATE OF CLOTHING AND TEXTILE, jointly, severally and in the alternative,

Defendants.

No. 03-2671C
Judge Allegra

## SUBSTITUTION OF ATTORNEY

To the Clerk:

The undersigned hereby consent to the substitution of Matthew V. Portella, Esquire, 126 White Horse Pike, Haddon Heights, New Jersey, 08035 as attorney for the Plaintiff. Simone Anderson, in the above entitled action.

**SUFRIN ZUCKER STEINBERG & WIXTED**

BY: ______________________
SAUL J. STEINBERG
Withdrawing Attorney

Dated: 5/3/04

**MATTHEW V. PORTELLA, ESQUIRE**

______________________
MATTHEW V. PORTELLA
Superceding Attorney

Dated: 5/5/04

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of May 2004, I caused to be placed in the United States mail (via overnight delivery, postage prepaid) the original and two (2) copies of the foregoing "Substitution of Attorney" addressed as follows:

Brian Bishop, Clerk
U.S. Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005-1011

I hereby further certify under penalty of perjury that on this 5th day of May 2004 that I caused to be placed in the United States mail (first class mail, postage prepaid) and via facsimile copies of the aforesaid "Substitution of Attorney" addressed as follows:

Saul J. Steinberg, Esquire
SUFRIN, ZUCKER, STEINBERG &WIXTED
519 Federal Street
Suite 503
Camden, NJ 08103
fax (856) 338-0217

Steven Mager, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
fax (202) 307-0972

MATTHEW V. PORTELLA, ESQUIRE

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SIMONE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY, DEFENSE PERSONNEL SUPPORT CENTER, DEFENSE SUPPLY CENTER - PHILADELPHIA, DEFENSE FINANCE AND ACCOUNTING SERVICE, DEFENSE CONTRACT MANAGEMENT COMMAND, DIRECTORATE OF CLOTHING AND TEXTILE, jointly, severally and in the alternative,<br><br>Defendants. | No. 03-2671C<br>Judge Allegra |

**PLAINTIFF'S AFFIDAVIT OF APPOINTMENT**

I, Simone Anderson, being of full age, do hereby depose and say under oath:

1. I am the plaintiff in the above-entitled matter and am fully familiar with the facts of this case.

2. I was previously represented by Saul J. Steinberg, Esquire of the law firm of Sufrin, Zucker, Steinberg & Wixted. I have since terminated my professional relationship with that law firm and have discharged its services. I have retained Matthew V. Portella, Esquire to represent me in this action.

3. I respectfully ask that the Court grant my application to have Mr. Portella substituted in as my attorney of record in the above-captioned case.

SIMONE ANDERSON

Sworn to and Subscribed

before me this 11th day

of May, 2004

Robert R Simons, Jr.
Attorney at Law
State of New Jersey

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of May 2004, I caused to be placed in the United States mail (via express mail, overnight delivery, postage prepaid) the original and two (2) copies of the foregoing Plaintiff's Affidavit of Appointment addressed as follows:

Brian Bishop, Clerk
U.S. Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005-1011

I hereby further certify under penalty of perjury that on this 11th day of May 2004 that I caused to be placed in the United States mail (first class mail, postage prepaid) and via facsimile copies of the aforesaid Plaintiff's Affidavit of Appointment addressed as follows:

Saul J. Steinberg, Esquire
SUFRIN, ZUCKER, STEINBERG &WIXTED
519 Federal Street
Suite 503
Camden, NJ 08103
fax (856) 338-0217

Steven Mager, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
fax (202) 307-0972

MATTHEW V. PORTELLA, ESQ.
Attorney for Plaintiff
126 White Horse Pike
Haddon Heights, New Jersey 08035
856-310-9800
(Fax): 856-546-4711