**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SIMONE ANDERSON, )
)
Plaintiff, )
) No. 03-2671C
v. ) (Judge Allegra)
)
THE UNITED STATES, )
)
Defendant. )

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

**a. Jurisdiction**

Plaintiff asserts that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491(a)(1). Defendant has identified no reason to question the jurisdiction of the Court at this time.

**b. Consolidation**

The parties agree that this case should not be consolidated with any other case.

**c. Bifurcation**

The parties agree that trial of liability and damages should not be bifurcated.

**d. Deferral**

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

**e. Remand/Suspension**

The parties agree that no remand or suspension will be sought.

**f. Joinder**

The parties are not aware of any additional parties to be joined at this time.

**g. Dispositive Motions**

At this time, the parties cannot state whether dispositive motions will be filed. After discovery has been completed, the parties may submit motions for summary judgment pursuant to RCFC 56.

**h. Relevant Issues**

(1) Whether the parties entered into an enforceable implied-in-fact contract.

(2) Whether the defendant implemented and benefitted from the plaintiff's suggestion.

(3) If the parties entered into an enforceable implied-in-fact contract and defendant implemented and benefitted from plaintiff's suggestion, what the appropriate measure of damages should be.

**i. <u>Settlement</u>**

At this time, the parties cannot state whether this case can be settled. The parties will pursue settlement negotiations in good faith as the litigation progresses.

**j. <u>Trial</u>**

As stated above, after discovery has been completed, the parties may submit motions for summary judgment pursuant to RCFC 56. If a dispositive motion is not submitted, or if it is not completely dispositive of this action, the parties anticipate proceeding to trial. At this time, the parties do not request expedited trial scheduling. The parties have agreed that any trial should be located in Philadelphia, Pennsylvania.

**k. <u>Electronic Case Management</u>**

The parties are not aware of any special issues regarding electronic case management needs at this time.

**l. <u>Additional Information</u>**

There is no additional information of which the Court should be aware at this time.

**m. <u>Proposed Discovery Plan</u>**

Counsel for both parties believe that discovery will be necessary; the parties may conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and/or depositions. The parties propose a

discovery deadline of 6 months from the date of any scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Matthew V. Portella
MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035
Tele: (856) 310-9800
mvpmusic@comcast.net

Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2004, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify under penalty of perjury that on this 4th day of June, 2004, I caused to be sent by first-class mail, copies of "JOINT PRELIMINARY STATUS REPORT" addressed as follows:

MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035

S/ Steven M. Mager