# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: June 7, 2004)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference will be held in this case on Wednesday, June 23, 2004, at 2:00 p.m. (EST). The court's telephone conferencing service will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge