# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: June 23, 2004)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference was held in this case on June 23, 2004. Participating in the conference were Matthew V. Portella on behalf of plaintiff and Steven Mager on behalf of defendant.

Based on discussions held at this conference, the court adopts the following schedule:

1. On or before January 7, 2005, the parties shall finish discovery in this matter;

2. On or before January 21, 2005, the parties shall file a joint status report indicating how they wish to proceed in this matter, and include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge