**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of June 23, 2004, plaintiff, Simone Anderson, and defendant, the United States, respectfully submit the following joint status report.

On October 27, 2004, the United States propounded upon Ms. Anderson requests for production of documents and suggested that counsel for Ms. Anderson arrange a date to depose Ms. Anderson. In late November, Ms. Anderson requested additional time to respond to these requests, which the Government granted. Due to some apparent confusion, however, Ms. Anderson never responded to these requests. Pursuant to this Court's order of June 23, 2004, all discovery was to be completed prior to January 7, 2005.

During the discovery period, Ms. Anderson never served the United States with any discovery requests.

Counsel for Ms. Anderson has indicated that he intends to file a motion to extend discovery (for six months) out of time, in order to respond to the Government's discovery requests and to have an opportunity to depose four witnesses identified in the

parties' initial disclosures: Vivian Hill, Raymond Breuninger, Donald C. Andrews, Jr. and Lilian Leone. The Government has indicated that it will not oppose a request to extend upon these limited grounds.

In the event that the Court denies Ms. Anderson's motion to extend or that Ms. Anderson's motion to extend is not filed by February 1, 2005, the Government intends to file a motion to dismiss/motion for summary judgment in this matter, and would request until March 2, 2005 or 30 days from the date of any order denying Ms. Anderson's motion to extend, whichever is later, in which to file a dispositive motion in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Matthew V. Portella
MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035
Tele: (856) 310-9800
mvpmusic@comcast.net

Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 21st day of January, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Steven M. Mager