# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: January 31, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 27, 2005, plaintiff filed out of time an unopposed motion for an enlargement of time of 180 days in which to complete discovery in this matter. That motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly, the court adopts the following revised discovery schedule:

1. On or before April 27, 2005, plaintiff shall respond to defendant's discovery requests, conduct the depositions described in its motion, and take such other steps as are necessary to complete discovery in this matter.

2. On or before May 11, 2005, the parties shall file a joint status report indicating how they wish to proceed in this matter, and include a proposed schedule for further proceedings.

No further enlargements of time will be granted in this matter.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge