# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY

In accordance with Rule 6.1 and the Court's order, dated January 31, 2005, the United States and Simone Anderson respectfully request that the Court extend the discovery deadline by 45 calendar days, up to and including June 13, 2005. The current discovery deadline is April 29, 2005. This is the plaintiff's second request for an extension of this deadline and the defendant's first request of this nature.

The parties have conducted 3 depositions and exchanged documents. The additional time is required to complete the deposition of Vivian Hill, a Government employee who is currently in school, and Lilian Leone, a third party witness. The deposition of Vivian Hill is presently scheduled for May 4, 2005, and Ms. Leone has been contacted with regard to possible deposition dates in May and June 2005. The additional time will also allow the parties to evaluate some additional document requests that have arisen from the depositions and to determine

if an additional government witness, Bart Hogan, can be produced for deposition.

The parties further request that the deadline to file a joint status report in this matter also be extended 44 calendar days, up to and including June 24, 2005. The parties joint status report is currently due on May 11. 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Matthew V. Portella
MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035
Tele: (856) 310-9800
mvpmusic@comcast.net

Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of April, 2005, a copy of the foregoing "JOINT MOTION TO EXTEND DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Steven M. Mager