# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: May 2, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 31, 2005, this court granted, in part, and denied, in part, plaintiff's out-of-time motion for an enlargement of time within which to complete discovery in this matter. The order indicated that "[n]o further enlargements of time will be granted in this matter." Nonetheless, on April 28, 2005, the day after discovery in this matter was to be completed, the parties filed a joint motion seeking a further enlargement of the discovery period. This motion is also out-of-time, *see* RCFC 6(b), and does not comply with paragraph 3(a) of this court's Special Procedures Order issued on December 17, 2003. Accordingly, the motion is hereby **DENIED**.

On or before May 6, 2005, the parties jointly shall refile their enlargement motion, out-of-time, in a fashion that complies with the certification requirements of the aforementioned paragraph 3(a). The parties shall explain therein why this motion was not filed sooner and shall indicate the soonest date by which discovery can be completed. In light of the court's prior instructions, counsel should expect, at most, a limited extension of the deadline, during which period they will expected to cooperate to complete all discovery. Counsel are admonished that failure to comply with this court's orders in the future may lead to the imposition of sanctions.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge