**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY OUT OF TIME**

In accordance with Rule 6.1 and the Court's orders, dated December 17, 2003 and May 2, 2005, the United States and Simone Anderson respectfully request that the Court extend the discovery deadline by 45 calendar days, up to and including June 13, 2005. The current discovery deadline was April 27, 2005. This is the plaintiff's second request for an extension of this deadline and the defendant's first request of this nature. This request is being filed out of time.

On April 25, 2005, the Government responded to plaintiff's first request for production of documents.[1] On April 26, 2005, plaintiff deposed two Government witnesses, Donald C. Andrews, Jr. and Raymond Breuninger in Philadelphia, Pennsylvania. As a result of a review of the documents produced and these depositions, plaintiff reasonably concluded that additional

[1] The Government generally objected to this request as outside of the limited scope of discovery, as contemplated by the Court's January 31, 2005 Order. In the interests of efficiency, however, the Government responded to the request subject to and without waiving such objection.

discovery was necessary. Specifically, plaintiff determined that it would indeed be necessary to depose Vivian Hill and Lilian Leone, a matter which had been deferred because of the unavailability of the witnesses at a convenient date and time during the initial extended discovery period. The Government agrees with the plaintiff that Ms. Hill is an important witness in the case, and notes that it intends to file a declaration from Ms. Hill along with a motion for summary judgment at the conclusion of discovery. Because Ms. Hill is currently taking an intensive schedule of classes at the Industrial College of the Armed Forces at Fort McNair, Washington, DC, the Government requested that any deposition of Ms. Hill take place in Washington, DC. Ms. Leone is a former Government employee, not presently represented by the Department of Justice. The Government expresses no opinion as to the importance of Ms. Leone's testimony, and notes that it does not presently possess the ability to compel Ms. Leone's testimony, absent subpoena.

After seeking leave of Court and subject to this motion, the parties deposed Ms. Hill on May 4, 2005. The parties have located a valid address for Ms. Leone, and have contacted her regarding deposition scheduling, but are deferring scheduling until this Court rules on the joint motion. Because she often travels for work, Ms. Leone has limited availability.

Also on April 26, 2005, plaintiff requested additional documents from the Government, and informally requested the

deposition of another individual, Bart Hogan.[2] The documents requested were directly discussed during the depositions. Plaintiff alleges that Mr. Hogan has direct knowledge of her suggestion.

The Government believes that the requested documents fall within the parameters of the Government's continuing discovery obligations to supplement its responses, in any event. The Government does not know the current whereabouts of Mr. Hogan, as he has retired from the Government. His last position with the Government was with the Defense Contract Management Agency, at Fort Belvoir, Virginia. Accordingly, while the Government is willing to assist in any attempt to locate Mr. Hogan, the Government does not presently possess the ability to compel Mr. Hogan's testimony, absent subpoena.

In light of the Court's December 17, 2003 Special Procedures Order, providing that a motion to extend should generally be filed 5 business days in advance, on April 26, 2005, the parties contacted chambers to inform the Court that the parties agreed that it would be necessary to extend discovery. The parties also informed the Court that they would be unable to file any motion to extend discovery until April 28, 2005, after Government counsel had returned to the office in Washington, DC.[3] The parties neglected to inform the Court that discovery was set to

[2] Plaintiff hand delivered a letter and request for production to defendant on April 27, 2005 confirming these requests.

[3] Ms. Anderson's deposition took place on April 27, 2005.

close on April 27, 2005, because both counsel were under the mistaken impression that discovery concluded on April 29, 2005.

Accordingly, a motion to extend was prepared, reviewed, signed, and filed by the parties on April 29, 2005. This motion to extend erroneously informed the Court that discovery was set to close on April 29, 2005 and did not contain the certifications required for an out of time filing under this Court's December 17, 2003 Special Procedures Order.

The parties have requested a 45-day extension in order to arrange for the production of additional documents, and to permit for coordinating and scheduling the possible depositions of two additional witnesses.

The counsel for the parties further certify that they have complied with the requirements of paragraph 3(a) of the December 17, 2003 Special Procedures Order. Specifically, counsel for the plaintiff certifies that his client has been notified that the motion for enlargement is being filed out of time, and counsel for defendant certifies that the supervising Deputy Assistant Attorney General at the Department of Justice has been notified that the motion for enlargement is being filed out of time.

Finally, the parties further jointly request that the deadline to file a joint status report in this matter be extended 44 calendar days, up to and including June 24, 2005. The parties joint status report is currently due on May 11. 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Matthew V. Portella
MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035
Tele: (856) 310-9800
mvpmusic@comcast.net

Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of May, 2005, a copy of the foregoing "JOINT MOTION TO EXTEND DISCOVERY OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Steven M. Mager