# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: May 10, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 28, 2005, the day after discovery in this matter was to be completed, the parties filed, out of time, a joint motion seeking a second enlargement of the discovery period. This court denied that motion on May 2, 2005, and ordered the parties to refile their enlargement motion in a manner compliant with the certification requirements of paragraph 3(a) of the Special Procedures Order issued on December 17, 2003.

On May 6, 2005, the parties properly filed a compliant motion to enlarge the discovery period until June 13, 2005. That motion is hereby **GRANTED**. Accordingly,

1. On or before June 13, 2005, the parties shall complete discovery in this matter.
2. On or before June 24, 2005, the parties shall file the joint status report previously due on May 11, 2005.
3. Under no circumstances will any further enlargements of the discovery period be granted.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge