**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of May 10, 2005, plaintiff, Simone Anderson, and defendant, the United States, respectfully submit the following joint status report.

On June 20, 2005, discovery ended in this case. At this time, the Government believes that this case is suitable for disposition by a motion to dismiss, or, in the alternative, for summary judgment. Accordingly, the Government requests 45 days from the date of this report, up to and including August 8, 2005, to file a dispositive motion in this case. Plaintiff may file a cross motion in response. The plaintiff does not oppose this request.

In the event that this motion is denied or that all issues are not resolved by such motion, the parties will be prepared to discuss a proposed schedule for trial. The parties have agreed that any trial should be located in Philadelphia, Pennsylvania.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Matthew V. Portella
MATTHEW V. PORTELLA
Attorney at Law
126 White Horse Pike
Haddon Heights, NJ 08035
Tele: (856) 310-9800
mvpmusic@comcast.net

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

June 24, 2005

Attorney for Plaintiff

June 24, 2005

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of June, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager