# In The United States Court of Federal Claims

No. 03-2671 C

(Filed: June 27, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 24, 2005, the parties filed their post-discovery joint status report. In that report defendant requested 45 days in which to file a dispositive motion in this action. Accordingly, on or before August 8, 2005, defendant shall file its motion for summary judgment. Subsequent briefs and motions shall be filed in accordance with the provisions of Rule 7.1 of the rules of this court.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge