DLAM 1432.1</pf></nsh>
<ht><f 102><phrase>DLAM 1432.1</phrase></f></ht>
<nsh><h2>DLAM 1432.1--DLA SUPERIOR ACCOMPLISHMENT AWARDS PROGRAM</h2></nsh>

<f 100><phrase>DLAM 1432.1</phrase></f>

<h3><ti>DLA SUPERIOR ACCOMPLISHMENT AWARDS PROGRAM</ti></h3>

October 1987

DEFENSE LOGISTICS AGENCY
HEADQUARTERS
CAMERON STATION
ALEXANDRIA, VIRGINIA 22304-6100

DLA-KW

19 Oct 87

<h4>FOREWORD</h4>
(Supplementation is permitted by primary level field activities (PLFAs).)

This manual contains the guidelines and standards for the operation of the DLA Superior Accomplishment Awards component of the Performance Management System which encompasses suggestions, Special Act or Service, and other awards sponsored by other governmental bodies and private organizations. All DLA personnel share the responsibility for, and are capable of, contributing to improved DLA operations. The purpose of Superior Accomplishment Awards is to encourage the fullest participation of all personnel in improving DLA operations.

BY ORDER OF THE DIRECTOR

JAMES J. SINGSANK
Colonel, USA
Staff Director, Administration

DISTRIBUTION
2
COORDINATION: DLA-LR, DLA-LP,
DLA-KE, DLA-KM, DLA-KS

This DLAM supersedes DLAM 1432.1, 31 Oct 84, and Change 1.

<h4>TABLE OF CONTENTS</h4>

PAGE

FOREWORD . . . i

CHAPTER

1. General
- 1-1 Purpose and Scope . . . 1
- 1-2 Policy. . . . 1
- 1-3 Significant Changes . . . 1
- 1-4 Definitions . . . 1
- 1-5 Responsibilities . . . 2
- 1-6 Eligibility for Awards. . . . 3
- 1-7 Criteria for Granting Awards . . . 4
- 1-8 Amount of Cash Awards . . . 5
- 1-9 Relationship to Other Management Productivity Programs . . . 6
- 1-10 Incentive Awards Committees . . . 6
- 1-11 Decentralization of Program Operations . . . 8
- 1-12 Financing and Payment of Awards . . . 8
- 1-13 Delegation of Authority to Approve Cash Awards. . . 9
- 1-14 Awards over $10,000 . . . 10

2. Suggestions
- 2-1 General . . . 11
- 2-2 Eligibility . . . 11
- 2-3 Submission of Suggestions . . . 12
- 2-4 Evaluation of Suggestions . . . 13
- 2-5 Basis for Granting Cash Awards for Suggestions . . 14
- 2-6 Cash Awards Based on Tangible Benefits . . . 15
- 2-7 Cash Awards Based on Intangible Benefits . . . 15
- 2-8 Cash Awards Based on Tangible and Intangible Benefits . . . 16

3. Invention Awards
- 3-1 General . . . 17
- 3-2 Award Eligibility . . . 17
- 3-3 Preparation of Patent Application . . . 18

4. Special Act or Service Awards
- 4-1 General . . . 19
- 4-2 Amount of Awards . . . 19
- 4-3 Submission of Nominations . . . 19

5. Honorary Awards
- 5-1 General . . . 21
- 5-2 Department of Defense Distinguished Civilian Service Award . . . 21
- 5-3 DLA Exceptional Civilian Service Award . . . 22
- 5-4 DLA Meritorious Civilian Service Award . . . 23
- 5-5 Certificate of Achievement . . . 24
- 5-6 DLA Commendable Service Certificate . . . 24
- 5-7 DLA Distinguished Career Service Award . . . 25
- 5-8 Outstanding DLA Personnel of the Year Award . . . 25
- 5-9 DLA Award for Achievement in Equal Employment Opportunity . . . 26
- 5-10 Career Service Award . . . 26
- 5-11 Non-DoD Awards . . . 27
- 5-12 Recognition Letters . . . 27

APPENDIX A - Determining Award Amounts . . . A-1

APPENDIX B - Guide for Determining Award Eligibility . . . B-1

<h4>CHAPTER I

GENERAL</h4>

<h5>1-1. PURPOSE AND SCOPE</h5>

a. To provide basic policies and guidelines to assist Heads of DLA activities and all echelons of management in the administration of the Superior Accomplishment Awards component of the Performance Management System, hereinafter referred to as the program.

b. To implement Chapter 45 of Title 5, United States Code, Parts 451 and 540 of Title 5, Code of Federal Regulations, Federal Personnel Manual Chapter 451, and DoD Instruction 5120.16, Department of Defense Incentive Awards Program: Policies and Standards.

c. This manual is applicable to Headquarters DLA and DLA PLFAs and the provisions therein were approved by the Office of Personnel Management (OPM) prior to publication.

<h5>1-2. POLICY.</h5> It is the policy of DLA to encourage the fullest participation of DLA personnel in improving Government operations, and to recognize and reward eligible personnel at all levels, individually or in groups, for (a) contributions to efficiency, economy, and other improvements in Government operations that are above those normally expected, and (b) special achievements in the public interest in connection with, or related to, official employment.

<h5>1-3. SIGNIFICANT CHANGES.</h5> This revision retitles the DLA Incentive Awards Program as the Superior Accomplishment Awards Program, a component of the Performance Management System. The Superior Accomplishment Awards Program provides for monetary and honorary awards for adopted suggestions, inventions and special acts or services. Performance Awards are not covered under this program; they are governed by separate regulations, DLAR 1416.11, Pay Adjustments and Awards in the Performance Management and Recognition System (PMRS), and DLAR 1416.12, Performance Awards for the Performance Management System.

<h5>1-4. DEFINITIONS</h5>

a. Contribution. An accomplishment achieved through an individual or group effort in the form of a suggestion, invention, special act or service in the public interest connected with, or related to, official employment which contributes to the efficiency, economy, or other improvement of Government operations, or achieved a significant reduction in paperwork.

b. DLA Personnel. Includes both civilian employees and members of the Armed Forces assigned to DLA, referred to separately as employees or members.

c. Honorary/Non-Monetary Award. A medal, certificate, plaque, citation, or other item that can be worn or displayed. Items of utilitarian nature are not considered an honorary award simply because they can be displayed. "Other item" in this sense, should have an award or honor connotation and should not exceed the price range of a medal, certificate, or plaque normally used for honorary recognition.

d. Intangible Benefits. Benefits to the Government which cannot

be measured in terms of dollar savings.

e. Performance Award. A performance-based cash payment to an employee based on the employee's rating of record (see DLAR 1416.12).

f. Superior Accomplishment or Incentive Award. A general term used to refer to monetary or honorary awards to civilian employees under the provisions of this manual for their suggestions, inventions or special acts or services, and includes career service awards. It also refers to cash awards to military members for their suggestions, inventions and scientific achievements. The term, Superior Accomplishment, does not include quality step increases, performance ratings, or performance awards.

g. Tangible Benefits. Benefits or savings to the Government that can be measured in terms of dollars.

<h5>1-5. RESPONSIBILITIES</h5>

a. Heads of DLA primary level field activities (PLFAs) are responsible for:

(1) Developing an incentive awards program responsive to the needs of their activities and DLA as a whole. Programs should assure that:

(a) Management officials identify, through normal management review and control processes, program and operational areas where superior work results may warrant award consideration and request supervisors to identify those employees deserving award consideration and submit appropriate recommendations.

(b) Military and civilian supervisors identify, on their own initiative, those employees or groups of employees whose contributions merit special recognition; and evaluate suggestions and other constructive ideas to determine not only their applicability within their respective areas of responsibility, but also for possible application within other areas of DLA/DoD and other departments and agencies of the Federal Government.

(c) The suggestion program is fully utilized as a medium by which ideas may be channeled in connection with the finding of solutions to matters of current concern at all levels of Government.

(d) A record of awards approved under this program is made a part of the official personnel file.

(e) Awards granted under this program will be a factor in ranking and selecting employees who otherwise meet requirements for promotion. This requirement does not apply to privately-sponsored awards.

(f) Confidentiality of award nominations will be maintained during processing. Some award nominations contain privileged information and should be made available only to those involved in the decision process and certain other officials on a need-to-know basis. Nominating officials should not discuss award recommendations with

nominees until the award has been approved or, in the case of external award nominations until the nominee has been selected as the activity candidate. However, when nominations for external awards require that personal information (date of birth, home address, professional affiliations, employment history, etc.) be furnished, permission must be obtained from the nominee before such information is furnished to a private award sponsor.

(2) Transmitting to HQ DLA those award recommendations requiring the approval of the Director, DLA.

(3) Assuring that awards are granted equitably, on the basis of merit, and that information is made available concerning persons who receive awards and the reason(s) each award is granted.

(4) Assuring adequate resources for payment of awards and staffing and support services; that appropriate training and information on the program are provided supervisors and managers; and, that effectiveness of the program is evaluated periodically and improvements initiated as needed.

(5) Submission of program reports as required to the Chief, Workforce Effectiveness and Development Division, Office of Civilian Personnel, DLA-KW. Reporting instructions will be issued annually 60 to 90 days in advance of when reports are due.

b. The Staff Director, Office of Civilian Personnel, HQ DLA (DLA-K), is responsible for development and supervision of the Agency-wide Incentive Awards Program and serving as Chairman of the DLA Recognition and Awards Board.

c. The Chief, DLA-KW, is responsible for administration of the program and advising the Staff Director, Office of Civilian Personnel, on matters relating to regulatory aspects of the program and the design and development of awards.

d. DLA supervisory and management personnel are responsible for prompt evaluation of suggestions and ideas referred to them for review and prompt initiation of award recommendations for those employees whose efforts entitle them to consideration for recognition under the program.

e. The DLA Recognition and Awards Board is responsible for acting as a board of review and recommending body on award recommendations requiring approval by the Director, DLA.

f. The Commander, DLA Administrative Support Center, is responsible for implementing this program for HQ DLA and serviced PLFAs.

<h5>1-6. ELIGIBILITY FOR AWARDS</h5>

a. All employees of DLA who are paid from appropriated funds are eligible to receive superior accomplishment awards under the program.

b. All members of the Armed Forces on active duty are eligible to receive cash awards for suggestion, inventions, and scientific achievements. Awards under this program will not be made to members for superior performance of assigned duties, or for contributions which

reasonably may be considered to be within the scope of those duties. In determining whether a member's contribution is eligible for award, explicit assignments and responsibilities implicit in grade or organizational position shall be carefully considered.

c. Recognition of military personnel by decorations or other non-monetary awards will not affect eligibility for cash awards under this program, and the pertinent regulations and orders governing such non-monetary military awards are not modified by this manual.

d. Former employees or the estates of deceased employees are eligible to receive awards for contributions made by such persons while employed in DLA. Awards to separated or deceased members of the Armed Forces for contributions made on active duty may be made to the former member or the member's estate, as appropriate.

e. Employees of nonappropriated fund activities are not eligible to receive awards paid from appropriated funds. However, nonappropriated fund activities may establish their own awards programs consistent with the provisions of this manual, to the extent feasible within their resources.

f. Cash awards are not payable under this program to appropriated fund employees for benefits accruing to nonappropriated fund organizations and activities.

g. Foreign nationals employed under agreements with foreign governments who are (1) in fact employees of a foreign government or of an agent of that government, and (2) assigned to DLA on a reimburseable cost basis are not eligible to receive awards under the provisions of this program.

h. Private citizens are not eligible for awards under this program. Awards to private citizens and organizations are covered by the provisions of DLAR 5400.19, Honorary Awards to Private Citizens and Organizations.

<h5>1-7. CRITERIA FOR GRANTING AWARDS</h5>

a. An award may be granted when:

(1) A contribution benefiting DLA/Government has been described in writing, approved by the benefiting organization at, as a minimum, a management level higher than the individual who recommended the award or use of the suggestion or invention.

(2) The contribution is outside the employee's job responsibilities, or within job responsibilities if it is so superior or meritorious that it warrants special consideration for award.

b. Receipt of a cash award for a suggestion or a special act or service does not preclude an employee from receiving a performance award or quality step increase.

c. A superior accomplishment award shall not be used as a substitute for other personnel actions or as a substitute for pay.

d. Acceptance of a cash award constitutes an agreement that the

use by the Government of the idea, method, or device for which the award is paid does not form the basis of a further claim against the Government.

e. An award is not an entitlement. The decision to grant or not to grant an award, or to adopt or not to adopt a suggestion, is a management prerogative, thus, is not grievable.

<h5>1-8. AMOUNT OF CASH AWARDS</h5>

a. Cash awards may be granted to employees or members or groups of employees or members, based on tangible monetary savings, intangible benefits or a combination of both, accruing to DLA/Government from their contributions.

b. Tangible Benefits.

(1) A contribution to be eligible for cash award must result in first-year tangible benefits of $250 or more.

(2) The amount of such award will not be less than $25, and normally will be based on the estimated net monetary benefits for the first full year of operation following use of the contribution. When there are substantial nonrecurring costs in adopting a contribution which will be useful for a number of years, and the amount of the award on the net first-year benefits would be inadequate, the award may be based on the average annual net savings over a period of 3 to 5 years. The period used may not exceed either the reasonable life of the initial installation or the clearly predictable period of use, whichever is the shorter.

(3) Award Table 1 in appendix A will be applied in the case of contributions resulting in tangible benefits. Exceptions which exceed the maximum amounts listed may be granted only by the Director, DLA. The award scale does not establish any entitlement to an amount in excess of the actual award by a competent authority.

c. Intangible Benefits.

(1) In determining the amounts of cash awards based solely or primarily on intangible benefits, Award Table 2, appendix A applies. Exceptions which exceed the maximum amounts listed may be granted only by the Director, DLA. The scale does not establish any entitlement to an amount in excess of the actual award by a competent authority.

(2) The minimum cash award based on intangible benefits is $25. This minimum award will be granted only when the contribution compares favorably with the minimum level of tangible benefits.

d. Cash awards are in addition to the regular pay of the recipient, do not increase the rate of the basic pay, and are subject to the withholding of income taxes. The tax must be deducted from the award, and the amount of the award may not be adjusted upward by a sum sufficient to cover the withholding tax. Cash awards are not subject to retirement deductions.

<h5>1-9. RELATIONSHIP TO OTHER MANAGEMENT PRODUCTIVITY PROGRAMS</h5>

Contributions made under other management programs such as value engineering, quality circles, model installations, etc., may be award/recognized under the provisions of this program provided the contributions meet the criteria for the award being proposed.

<h5>1-10. INCENTIVE AWARDS COMMITTEES</h5>

a. Incentive Awards Committees may be established at each PLFA. Activities receiving service from another DLA PLFA may choose instead, representation on the committee of the servicing activity. Heads of PLFAs may authorize the establishment of subcommittees at secondary level field activities. It is highly desirable from an administrative standpoint that committee participants and authorities be designated in writing. The provisions of Interservicing Agreements apply where a DLA activity services a non-DLA activity or receives service from a non-DLA activity.

b. Local labor organizations will be afforded an opportunity to have a voting representative participate on established incentive awards committees for awards applicable to bargaining unit employees that require committee recommendation. The decision to grant or not to grant an award is a management prerogative.

c. In order that the committee may be so composed as to have the ability to determine the merits of all types of suggestions and award recommendations, it is recommended that the membership be selected from among key operating and staff officials. Eligible women and members of minority groups should be considered for committee membership. The civilian personnel officer may serve as permanent committee chairperson. The terms of other members, including the vice chairperson, should be set up on a rotating basis whereby a portion of the membership changes each year. Committees should have at least five voting members. However, it is possible in providing sufficient review capability and full activity representation some committees may be large and difficult to convene all members for every meeting. A limited panel may be selected from among the general membership to serve as a quorum to perform the functions of the full committee. Panels should be selected for their knowledge of the subject matter under review. The number of members constituting a quorum should be stated in the issuance establishing the committee. A non-voting executive secretary will be assigned to perform necessary administrative duties.

d. The general functions of activity Incentive Awards Committees should include, but are not limited to, the following:

(1) Serve as an advisory body to the Head of the activity, considering and presenting recommendations concerning nominations for cash and honorary awards that exceed the authority delegated to subordinate officials. Although committee review of all cash awards is not required, it is recommended that Heads of PLFAs establish reasonable dollar limitations on the amount of awards that may be approved without committee review.

(2) Review contested decisions. Committee review of all disapproved suggestions is not recommended.

(3) Review competitive award nominations and present

recommendation to the Head of the activity.

(4) Periodically review awards approved by line management officials to assure consistent and equitable evaluations and appraisals.

(5) Assist the civilian personnel officer in monitoring the operations of the program and recommend desirable improvements.

e. In some cases it is not appropriate for a committee member to vote on a submission under consideration. Examples are: (1) the nominee is a member of the committee; (2) the committee member is an immediate subordinate or supervisor of the nominee; or, (3) the nominee is related to the committee member.

f. Executive Secretaries. An individual within the personnel office will be appointed to serve as the executive secretary of the Incentive Awards Committee and program administrator. The executive secretary will provide overall program guidance. Specifically, the executive secretary:

(1) Develops and implements local policies and procedures and monitors the operations of the program.

(2) Assures coordination of program activities and publicity with related management programs.

(3) Evaluates the program in various organizational elements, including the analysis of results and trends, and appraisal of reactions of employees, supervisors, and management officials.

(4) Provides program feedback to operating elements concerning program accomplishments and needs.

(5) Establishes time limit guidelines for processing of award recommendations and suggestions, conducts periodic reviews for compliance, and initiates action through management channels to correct situations where time limits are not being observed.

(6) Advises supervisors and management officials on individual cases and on the effective use of the program, counsels on various aspects of the program, promotes the program through training, publicity and other means.

(7) Monitors award actions for adherence to DLA policy standards and criteria and assures that the file completely documents the basis for each award.

(8) Arranges for payment of awards, preparation of award certificates, and coordinates award presentations.

(9) Maintains records and prepares reports as required for submission to HQ DLA.

<h5>1-11. DECENTRALIZATION OF PROGRAM OPERATIONS</h5>

Decentralization of program operations is recommended to facilitate the processing of suggestions and award recommendations. However,

overall program responsibility remains with the civilian personnel officer. Under a decentralized system, an effective method of administering essential day-to-day program activities and maintaining necessary program controls must be provided. To accomplish this, it is recommended that program coordinators be appointed in each major organizational element. The duties of the coordinator will be in addition to regularly assigned duties and should be in accordance with the needs of the activity. It is recommended that the coordinator be responsible for duties similar to the following:

(1) Receive suggestions submitted by individuals assigned within the organizational element and those referred to the organization for evaluation by other elements and activities.

(2) Acknowledge and refer suggestions received to the appropriate individual for evaluation.

(3) Receive, record, and process nominations for awards.

(4) Maintain records of all award actions within the organizational element and make reports to the executive secretary in accordance with locally developed procedures.

(5) Establish and maintain an effective followup system and keep the executive secretary informed of delinquent cases.

<h5>1-12. FINANCING AND PAYMENT OF AWARDS</h5>

a. Cash awards granted under the program, whether to employees or military members, will be financed as follows:

(1) Industrially Funded Activities. Awards to personnel of industrially funded activities will be charged as an operating expense of the industrial fund activity which approves or recommends the award.

(2) All Other Awards. All other awards will be financed from operation and maintenance type funds locally available to the Head of the activity who approves, or in the case of an award which requires approval above the activity level, recommends the award.

b. Transfer of Funds. The transfer of funds for adopted suggestions and approved special act or service awards is applicable only to interdepartmental awards and awards made to and by other DoD components. The employing activity is responsible for financing and payment of awards for adopted contributions which originated in DLA when the contribution is adopted by HQ DLA for Agency-wide use or when the contribution is adopted by one or more DLA activities other than the activity at which the contributor is employed.

c. Transfer of Personnel. The transfer of personnel after recommendation for an award which requires higher echelon approval does not change the financial responsibility of the recommending organization for payment of the full amount of the award approved.

d. Intradepartmental Awards. When a DLA activity adopts an idea received from another DoD component, it will determine the amount of the award in accordance with criteria prescribed in this manual, and subject

to the provisions below, promptly execute a transfer voucher for the full amount of the award. The transfer voucher will be sent to the Incentive Awards Office of the submitting DoD component for deposit, withholding of income taxes, as applicable, and payment of the net amount to the award recipient. The financing of awards is subject to the following requirements:

(1) Awards of $200 or less will be financed by the submitting rather than the adopting component.

(2) When more than one component is considering an idea, the award will not be financed until all necessary evaluations have been received by the submitting activity. Ideas determined to be of value to the originating DLA activity or DLA-wide will, however, be adopted and awards based on their value to DLA may be paid without awaiting the results of evaluations by other components. The submitting DLA activity or DLA-KW, upon receipt of all evaluations, will compute the total first-year tangible savings and apprise each adopting component of its award obligation. The portion of the total award chargeable to each adopting component will be in direct proportion to the percentage of the total first-year tangible savings realized by the component.

(3) When more than one component is considering an idea from which intangible benefits may be realized, the award will not be financed until all necessary evaluations have been received, the total evaluation has been made by the submitting DLA activity or DLA-KW, and agreement has been reached with the Incentive Awards Offices of the adopting components as to the amount of award each will finance. In cases where appropriate awards cannot be agreed upon, DLA-KW will request the Office of Deputy Assistant Secretary of Defense for Civilian Personnel Policy for assistance in determining an equitable solution.

<h5>1-13. DELEGATION OF AUTHORITY TO APPROVE CASH AWARDS</h5>

a. Heads of DLA PLFAs are delegated authority to approve cash awards under this program not in excess of the amounts shown below when the award is based on:

(1) Tangible benefits - $5,000.

(2) Intangible benefits - $2,500.

(3) Combination of tangible and intangible benefits - $5,000. The portion of the award based on intangible benefits cannot exceed $2,500.

(4) The Head of the PLFA may, at his discretion, redelegate any part or all of this authority to management officials who report directly to him. The authority granted line officials in this connection should be commensurate with the extent of delegation in other areas of management.

(5) When an award exceeds the delegated approval authority, the total amount will be conditionally approved by the Head of the PLFA prior to submission to DLA-KW for consideration by the DLA Recognition and Awards Board. Payment of the amount within local approval authority will be deferred until the case has been audited by HQ DLA and the total

award approved. This procedure is applicable also where approval authority has been redelegated under the provisions of subparagraph (4) above.

b. Heads of HQ principal staff elements (PSEs) are delegated authority to approve cash awards under this program not in excess of $1,500 whether based on tangible or intangible benefits. This authority may not be redelegated.

<h5>1-14. AWARDS OVER $10,000</h5>

a. The Director, DLA, has authority to approve cash awards of up to $10,000 for civilian and military personnel. Awards in excess of this amount, up to, and including $25,000, may be approved by the Director, OPM for civilian employees and by the Assistant Secretary of Defense (Force Management and Personnel) for military personnel. An additional award may be approved by the President.

b. Recommendations for awards in excess of $10,000 will be forwarded by Heads of the PLFA for review by the DLA Recognition and Awards Board. In recommending an award over $10,000, the Head of the PLFA must certify that the contribution is highly exceptional and unusually outstanding. Where DLA is not the benefiting activity, the recommendation should be made jointly by the Heads of the concerned activities. The recommendation must include the following:

(1) The name, title, grade, and organization of the nominee or nominees. If the nominee has changed jobs or been promoted since the contribution was made, the title and grade of the nominee at the time the contribution was made must be included.

(2) The amount of the recommended award and how it was determined (on the basis of tangible or intangible benefits). If for a group, the amount each individual will receive.

(3) An estimate of the tangible benefits supporting the award and how these were determined.

(4) Copy of the internal report or review verifying the benefits.

(5) Description and detailed explanation of intangible benefits.

(6) Clear indication of how the contribution goes beyond job requirements.

(7) A copy of the nominee's performance plan and the position description in effect at the time the contribution was made.

(8) A statement by the nominee's immediate supervisor addressing the question in FPM Chapter 451, Appendix D (D-2).

<h4>CHAPTER II
SUGGESTIONS</h4>

<h5>2-1. GENERAL.</h5> A suggestion is a constructive proposal submitted in

writing by one or more employees or members that directly contributes to the economy, efficiency, or effectiveness of Government operations.

<h5>2-2. ELIGIBILITY</h5>

a. To be eligible for award consideration a suggestion must:

(1) Be submitted in writing. Ideas informally communicated to management that are adopted may be documented by the individual originating the idea and submitted as a suggestion within 30 calendar days of the adoption.

(2) Propose a specific course of action, not merely identifya need for improvement, that is not already under consideration and would not otherwise be accomplished.

(3) Be beyond or outside normal job responsibilities and performance standards.

b. Ideas of the following normally are not eligible for cash award as adopted suggestions as they do not generally contribute directly to the efficiency and economy of operations:

(1) Points out the need for routine maintenance of buildings and grounds.

(2) Complaints about, or proposed changes, in housekeeping practices.

(3) Merely recommends enforcement of existing rules or regulations, or calls attention to errors or alleged violations of regulations.

(4) Proposes employee benefits or services not directly related to productivity.

(5) Pertains to routine safety and health matters.

c. DLA personnel who make suggestions concerning the improvement of materials or services purchased from a contractor may be considered for award if the improvement results in benefits to the Government, as for example, a reduction in the cost of a product being purchased. To be eligible for award, the individual should submit the suggestion through DLA channels so that the Government may propose the improvement to the contractor to assure identification of the origin of the proposal and benefits to the Government. Awards are not payable based upon benefits to a contractor.

d. Suggestions received from private citizens are not eligible for award under this program. Such suggestions may be accepted for processing, if after being advised of award ineligibility, the person submitting the idea still wishes it to be considered.

e. Awards may be granted to former employees or military members and to the legal heirs or estates of deceased employees or members for adopted suggestions made while a Government employee or on active duty.

f. Acceptance of a cash award for an adopted suggestion constitutes an agreement that the use by the Government of the idea, method, or device for which the award is made does not form the basis of a further claim of any nature against the Government by the individual, his/her heirs, or assigns.

g. The decision to grant or not to grant an award, or to adopt or not to adopt a suggestion, is a management prerogative. Such decisions will not be formally reviewed under the terms of DLAR 1428.3, Complaints and Grievances.

h. Suggesters have proprietary rights to suggestions for 1 year following final action, at which time the rights automatically expire. Ideas which substantially duplicate ideas currently under consideration or ideas on which the 1-year proprietary period has not expired are not eligible for award unless variation in the substance of the latter idea or other circumstances result in the reconsideration of the original suggestion and subsequent adoption. When this occurs, an administrative decision may be made as to the part the latter idea played in the adoption and the award may be divided between the suggesters. When management action is taken to adopt an idea which duplicates the subject content or is similar to a suggestion currently open or still within the proprietary period, an award may be granted to the suggester only if there is evidence of some direct relationship between the management action and the suggestion. Nor is a suggestion eligible for award when, although submitted earlier locally, it is received by the adopting office after receipt and action on a similar suggestion submitted at a later date. The date of the receipt by the adopting office, not the date of local submission, determines eligibility for award as an adopted suggestion.

i. A suggestion may be considered adopted and eligible for award when it is certified by a responsible official that the suggestion has been or will be put to use. In those instances where delays will be necessary in order to implement or determine the value of the idea, a nominal cash award may be paid when it is reasonably certain the value of the idea so warrants and that the suggestion will be implemented. The initial award will be considered as part of the total award. No adjustments downward in this initial award are authorized when the final determination of the value of the contribution is made.

<h5>2-3. SUBMISSION OF SUGGESTIONS</h5>

a. Suggestions will be submitted on DLA Form 36, Suggestion, to the executive secretary of the incentive awards committee or to the award/suggestion coordinator of the individual's organizational element.

b. Each suggestion received will be assigned a number and meaningful title, checked against available records to determine whether it is a duplicate of a suggestion presently being considered or one on which the proprietary rights period has not expired. Suggestions covered by the above and ideas not eligible for processing as suggestions should be returned to the originator with appropriate explanation. Whena suggestion is accepted for processing, an acknowledgement (copy of DLA Form 36) will be made and the suggestion forwarded to the office of primary interest (OPI) for evaluation and report as to adoption.

c. An individual may request reconsideration of a suggestion that has not been adopted if new or additional information is presented that could change the previous evaluation. Requests for reconsideration should be made within 30 days after notification that the suggestion is disapproved and must be submitted through the same channels as the initial suggestion. Disagreement or dissatisfaction with the evaluation is not a legitimate reason for reconsideration. In such cases, no further requests for reconsideration of the same suggestion will be accepted.

d. Reconsideration may be requested also when it is believed that official action has been taken to implement all or a portion of the suggestion during the period for which proprietary rights have been granted. The request must cite the regulation, directive, or action that implemented the idea. If a causal relationship can be established between the suggestion and the official action taken, the suggestion may be considered for award.

<h5>2-4. EVALUATION OF SUGGESTIONS</h5>

a. The OPI will make a complete evaluation of the proposal and advise the executive secretary/coordinator of action taken. Full, fair, and prompt evaluation of all suggestions is essential. Where a suggestion can be acted upon locally, processing time normally should not exceed 45 days. When suggestions must be referred to other agencies for evaluation, 90 days should be considered the normal processing time. When evaluation time exceeds these norms, followup action should be initiated unless the evaluating office has provided an interim report stating reasons for delay. The suggester should be provided interim progress reports either in writing or by telephone.

b. Evaluations should be prepared on DLA Form 37, Suggestion Evaluation. If the suggestion has been, or will be adopted, the evaluation report will include how and when the idea was, or will be, placed into operation and an estimate of annual benefits with an explanatation of the method used in determining them. If the benefits to be derived are of an intangible nature, the value of benefits and extent of application with the rationale used in making the determination and the recommended amount of award should be included in the evaluation.

c. If the suggestion is not recommended for adoption, specific reasons for disapproval should be provided. The fact that a suggestion conflicts with an existing regulation should not be considered sufficient reason for disapproval. Evaluators who find that a proposal has value, but cannot be implemented as suggested, should recommend limited changes if such changes permit adoption and result in benefits to the Government.

d. Where a suggestion has been adopted at the local level and wider application is recommended, the OPI will forward it, with the local evaluation supporting the idea, to the next higher OPI.

e. When a suggestion is considered desirable and practical, but cannot be adopted locally, the OPI will forward it together with a complete evaluation to the next higher OPI. However, no such suggestion should be routinely forwarded to HQ DLA for evaluation. Only those suggestions that have been thoroughly evaluated at the PLFA level, and that the PLFA would adopt if it had the authority, should be forwarded.

Suggestions that the PLFA would not endorse for adoption should be rejected locally. Referral to HQ DLA will be accomplished by the OPI at the PLFA to its counterpart in HQ DLA.

f. When an idea is considered to have application to one or more other DoD components, it will be forwarded by the HQ DLA office of primary responsibility to its counterpart office. Suggestions to be considered within OSD also should be forwarded directly to the office of primary responsibility. All referrals should contain a clear concise statement as to what action is expected of the evaluator and a positive recommendation as to whether the idea should be adopted and reasons therefore. Coordination with the Military Departments and/or other Defense agencies is to be done by the appropriate office within OSD.

g. Suggestions accepted under the DLA Suggestion Program which require evaluation by Federal activities outside of the Department of Defense will be referred to DLA-KW for referral to the appropriate agency. When a report of adoption is received from another department and information is furnished or requested regarding transfer of funds, direct communication between the DLA activity at which the suggestion originated and the adopting department is authorized.

h. In those instances where a suggestion involves a change in equipment design or procedures of one of the Military Departments and DLA does not have an interest, the suggestion may be referred directly to the concerned department by the PLFA without referral through HQ DLA.

i. When suggestions are referred by the OPI to the next higher office, a copy of the transmittal letter will be sent to the local incentive awards office for information.

j. Suggestions that are impractical may be disapproved at any level. Evaluators should not forward suggestions to higher echelons unless they are considered desirable and practicable. It is not acceptable to forward a suggestion with merely a comment that the decision is outside the jurisdiction of the referring activity.

k. Determinations of whether a suggestion is within the suggester's job responsibility or exceeds the suggester's performance standards are properly management decisions. In making such a determination, consideration will be given to the suggester's job description, standards of performance, organization and functional manuals, and other documents which may help in defining the normal expectation of performance. The amount of savings alone should not be used to determine eligibility for an award since, in many positions, the accomplishment of large savings often results from normal performance of duties.

<h5>2-5. BASIS FOR GRANTING CASH AWARDS FOR SUGGESTIONS</h5>

a. Cash awards may be granted for adopted suggestions that result in tangible monetary savings, intangible benefits, or a combination of both. If a suggestion is submitted by two or more eligible persons, the total of the cash award will not exceed the amount authorized for an individual award.

b. For an adopted suggestion to be the basis for a cash award, the

idea in the suggestion must be either outside the suggester's position responsibilities or, if within position responsibilities, so superior or meritorious that it warrants special consideration for an award.

c. Heads of PLFAs may take an exception to the published awards scales for calculating tangible and intangible benefits when it is determined that a suggestion is partially within job requirements, but substantially exceeds standards of performance. In such instances, less than the full amount of the award may be granted. Specific reasons in support of the action will be included in the file.

<h5>2-6. CASH AWARDS BASED ON TANGIBLE BENEFITS</h5>

a. Cash awards for tangible monetary savings may be granted on the basis of actual or estimated savings, less offsetting costs of implementation, for the first full year of operation.

b. Labor costs used in calculating costs of installation or man-hour savings should be based on actual costs, when available, or ona cost finding basis using average cost center labor rates. All labor rates will be computed on the basis of actual time worked priced at 129 percent of the base rate. The 29 percent acceleration rate covers standard leave and holiday costs as well as other employee benefits. The amount of such savings normally will be calculated on the basis of estimated net monetary benefits for the first full year of operation. An improvement with a high installation cost may yield measurable savings beyond the first year. If so, the amount of such savings may be based on the average of net annual savings over a period of the first 3 to 5 years. This figure may not exceed either the reasonable life of the initial installation or the clearly predictable period of use, whichever is the shorter.

c. The amount of cash awards will be determined according to Table 1 in appendix A. Cash awards are not granted for adopted suggestions with less than $250 in first-year benefits. In such cases, a letter of appreciation/commendation or DLA Form 32, Suggestion Award Certificate, may be used.

d. Awards for suggestions adopted by more than one activity will be computed based on the addition of savings of each successive level to all those previously recorded.

<h5>2-7. CASH AWARDS BASED ON INTANGIBLE BENEFITS</h5>

By their very nature, awards in this category are recommended on the basis of judgment rather than precise facts and proveable calculations. Recommendations for awards will include justification based on the value of benefits and extent of application as explained in Table 2, appendix A. This table will be used as a guide in determining the amount of cash awards for intangible benefits. If an adopted suggestion with intangible benefits in a moderate-limited category does not compare favorable with a suggestion involving tangible benefits of at least $250, no cash award is in order. In such cases, a letter of appreciation/commendation or DLA Form 32 may be used.

2-8. CASH AWARDS BASED ON TANGIBLE AND INTANGIBLE BENEFITS

An adopted suggestion may result in both tangible and intangible benefits. If so, the intangible benefits need only be recognized to the extent that the suggestion is not adequately recognized based on the tangible benefits realized.

<h4>CHAPTER III
INVENTION AWARDS</h4>

<h5>3-1. GENERAL</h5>

a. Invention awards are monetary grants for inventions by civilian or military personnel that are of interest to DLA and for which patent coverage is sought or granted. A monetary award may be considered if the invention either (1) contributes to the efficiency, economy, or other improvement in Government operations; or (2) is in the public interest and is associated with the employee's official employment. Even though the making of an invention is considered to be within an employee's official duties, it is emphasized that the inventor may be considered for cash and honorary recognition.

b. Within DLA, the Office of General Counsel (DLA-G), makes the determination of invention, the determination of rights in inventions, and the determination of whether the invention will be processed for patenting by DLA.

c. Contributions will be submitted to DLA-G for review for possible patent consideration at the request of the suggester or when patent consideration is recommended by the evaluating official.

d. The disclosure of an invention in a publication, or public use of an invention, or the sale of an article embodying the invention, for more than 1 year before the filing of a patent application thereon constitutes a statutory bar to the issue of a valid United States Letters Patent thereon. Therefore, to protect the interests of the originator and the Government, it is important that a suggestion or contribution which appears to be patentable be submitted promptly to allow ample time for patent processing.

<h5>3-2. AWARD ELIGIBILITY</h5>

a. DLA personnel whose invention disclosures are received by an activity incentive awards coordinator or committee will be eligible for an initial award of $100 upon advice of DLA-G that the conditions described in paragraph 3-3 below have been met. They may be considered for an additional award of $300 upon notification that the patent covering the invention has been issued.

b. When two or more eligible persons are coinventors, each will receive an initial award of $100. Any additional award will be divided equally.

c. When the actual value of the invention can be determined, any additional award may be based on the savings accruing during the first year after the patent was issued. If the calculation or estimate of benefits to the Government does not fairly reflect the later year(s) benefits, consideration should be given to either an averaging of actual benefits during several years of use of the invention by the Government

or using a more representative year, e.g., the benefits in the 2d or 3d year following use of the invention. When an additional award is granted, the amount of this award will be reduced by the amount of any awards granted under subparagraph a above.

d. If an individual's application for patent is placed under a secrecy order, he will become eligible for the additional award of $300 when a Notice of Allowability of the application is issued.

e. Awards under this paragraph are not authorized if a cash award has been paid for the same contribution as a suggestion, except that where a suggestion award has totaled less than the amounts payable under this paragraph, the employee or member may be awarded the difference.

<h5>3-3. PREPARATION OF PATENT APPLICATION.</h5> A patent application on an invention will be prepared when:

a. From an analysis of the prior state of the art, the invention appears to contain patentable subject matter.

b. The invention is determined to be of sufficient value to the Government to require protection under the patent laws of the United States.

c. There has been a determination that the invention was made under circumstances which warrant the Government obtaining either full title to or a license on the invention.

d. The inventor(s) has/have executed a license or an agreement to license the Government in return for Government filing and processing of the patent application.

<h4>CHAPTER IV
SPECIAL ACT OR SERVICE AWARDS</h4>

<h5>4-1. GENERAL</h5>

a. Special act or service means a contribution or accomplishment in the public interest which is:

(1) A nonrecurring contribution either within or outside of job responsibilities.

(2) A scientific achievement.

(3) An act of heroism.

b. A special act may result from the demonstration of unusual courage or competence in an emergency, such as rescuing fellow workers or saving public property. The act must be in the public interest and connected with, or related to, official employment with DLA or DoD. Should the act be related to the employee's own assigned duties, it must for purposes of cash award entitlement manifest great courage and voluntary risk of personal safety over and beyond the call of duty.

c. The act or service may or may not involve measurable monetary benefits and may involve one or more employees.

d. The granting of a special act or service award does not affect the employee's eligibility for a performance award. Nor does the receipt of a performance award affect eligibility for a special act or service award provided the contributions used to support the performance award are not used either wholly, or in part, as the basis for a special act or service award.

e. Nominations for special act or service awards must be submitted within 60 calendar days of the contribution on which the nomination is based.

<h5>4-2. AMOUNT OF AWARDS</h5>

a. The amount of a special act or service award shall be commensurate with the value of the contribution to the Government and may be based on tangible or intangible benefits in accordance with the awards tables in appendix A.

b. When the award is for a group, all members of the group may receive equal shares, or the total may be divided in proportion to the individual contributions to the group effort. However, the total amount of the award may not exceed the amount authorized for, if it were being awarded to one individual.

<h5>4-3. SUBMISSION OF NOMINATIONS</h5>

a. Nominations normally will be initiated by the employee's supervisor, using DLA Form 38, Incentive Award Nomination and Approval. Nominations need not be lengthy but should describe specifically and factually the contribution and resultant benefits. When the recommendation is based on measurable tangible benefits, the supporting data will show in detail how these benefits were computed. Recommendations based on intangible benefits will identify the value of benefits and extent of application appropriate for the achievement to be recognized with an explanation of the rational use.

b. Approval of awards shall be in accordance with locally established procedures. These procedures must require review and approval, as a minimum, of an official at least one level above the person initiating the recommendation.

<h4>CHAPTER V
HONORARY AWARDS</h4>

<h5>5-1. GENERAL</h5>

a. A wide variety of honorary awards are available to recognize the achievements and contributions of DLA personnel. They may be granted independently of or in addition to cash awards. Honorary awards are not, however, intended to serve as substitutes for deserved cash awards.

b. With the exception of the DoD Distinguished Civilian Service Award, the President's Award for Distinguished Federal Civilian Service, and career service awards, only one honorary award may be given for a single act, achievement or period of service. However, if circumstances warrant, an employee may be granted an honorary award in recognition of

the contribution for which a cash award has been granted.

c. To be eligible for award consideration, nominations for noncompetitive type DLA awards must be submitted within 60 days of the act, achievement or period of service on which the nomination is based.

d. A recipient of a DoD/DLA honorary award does not automatically become ineligible for a future grant of the same award, provided any subsequent consideration is based on a different achievement or service performed during a different period. Subsequent grants of the DoD Distinguished Civilian Service Award or the Secretary of Defense Meritorious Civilian Service Medal will be recognized successively by the issuance of a bronze, silver and gold leaf ribbon attachment for the original medal. Subsequent grants of the DLA Exceptional and Meritorious Civilian Service Awards will be recognized in the same manner. The ribbon attachments for the DLA Meritorious Civilian Service Award are available from DLA-KW upon request.

e. Retirement and end-of-tour awards. The acknowledgement of exceptional service, achievements and accomplishments is an effective means of motivating employees to perform to their highest capability. To maintain the creditability and integrity of the Agency's honorary awards program, it is important that they not be viewed as "end-of-tour" or retirement awards. To retain the prestige and honor associated with these awards, nominations at retirement or separation from the Agency should be a rare occurrence. This is especially applicable for the DLA Exceptional and Meritorious Civilian Service Awards. Nominations for these awards at retirement, resignation or reassignment must be justified by accomplishments.

<h5>5-2. DEPARTMENT OF DEFENSE DISTINGUISHED CIVILIAN SERVICE AWARD</h5>

a. The Secretary of Defense, in an annual ceremony, presents the DoD Distinguished Civilian Career Service Award to from five to seven DoD civilian employees whose careers reflect exceptional devotion to duty and extremely significant contributions of broad scope to the efficiency, economy, or other improvement in the operations of DoD. The awards are made for contributions in a scientific field or for accomplishments in technical or administrative endeavors.

b. Nominations for this award will be forwarded by the Heads of PLFAs to DLA-KW not later than 2 January each year. Requirements with respect to format and contents of nominations will be announced by DLA-KW upon receipt from Deputy Assistant Secretary of Defense (Civilian Personnel Policy), Office of the Assistant Secretary of Defense (Force Management and Personnel), normally the first week of December.

c. Persons nominated in 1 year but not selected as the DLA nominee or a DLA nominee not selected as an award recipient may be nominated in subsequent years.

d. Although specific nomination format and contents will be announced each year, the following is provided as general guidance for planning purposes:

(1) The division of award categories (scientific or administrative) is not predetermined. Nominations may be divided between

the categories in such manner as determined by the nominating activity.

(2) In addition to specific contributions as described above, nominations may be based on a career of major significance in which the nominee's leadership, administrative ability, ingenuity, foresight, and devotion to duty have contributed materially to DoD.

(3) The importance of the nominee's achievement or career should be such as to warrant more recognition than can be accorded by the Director, DLA. Therefore, nominees should have received the DLA Exceptional Civilian Service Award.

<h5>5-3. DLA EXCEPTIONAL CIVILIAN SERVICE AWARD</h5>

a. This is the Agency's highest honorary award. It is granted by the Director, DLA to those civilian employees who have distinguished themselves by exceptional service or contributions of the broadest scope to DLA or DoD as a whole. The award consists of a gold and silver medal, a lapel button and a citation certificate signed by the Director, DLA. The Exceptional Civilian Service Award may be awarded for contributions such as, but not limited to, the following:

(1) Accomplishment of assigned duties in such a manner as to have been clearly exceptional among all persons who have performed like or similar duties in a preeminent manner.

(2) Development or improvement of methods and procedures or inventions which accomplish extraordinary results in the advancement of DLA, DoD or Government operations.

(3) Exhibition of great courage and voluntary risk of personal safety in the face of danger, over and beyond the call of duty, related to or in the performance of assigned duties which resulted in direct benefit to the Government or its personnel.

(4) Other exemplary performance related to official employment, comparable to that above, deemed by the Director, DLA to warrant the Agency's highest honorary civilian recognition.

b. When this award is granted for a heroic act, a token cash award of $500 may be given to the recipient if no other cash award has been granted in connection with the act being cited. Should the act be related to the employee's own assigned duties, it must, for purposes of cash award entitlement, manifest great courage and voluntary risk of personal safety over and beyond the call of duty.

c. Recommendations for the Exceptional Civilian Service Award may be made at any time but must be submitted within 60 days of the act, achievement, or period of service being cited. This award will not normally be granted in conjunction with retirement. And, where nominations are based on career achievements it is expected that the nominee normally should previously have received the DLA Meritorious Civilian Service Award. Nominations must have the approval of the Head of the activity or for HQ DLA personnel, the approval of the Head of the principal staff element, prior to consideration by the DLA Recognition and Awards Board. Nominations will be submitted in the following format:

(1) DLA Form 38.

(2) Specific justification, normally not exceeding three typewritten pages, citing examples and details in support of the recommendation.

(3) Description of present duties.

(4) Significant employment record.

(5) Draft of proposed citation, written in the third person, not more than 90 words in length.

(6) Chronology of previous awards and other significant recognition.

<h5>5-4. DLA MERITORIOUS CIVILIAN SERVICE AWARD</h5>

a. The DLA Meritorious Civilian Service Award is the second highest DLA honorary recognition for civilian employees. It is awarded by the Heads of PLFAs and the Director, DLA for Headquarters employees. The award consists of a bronze medal, a lapel button and a citation certificate. This award will not normally be granted in conjunction with retirement. It may be awarded for services such as the following which are not broad enough in scope to warrant the DLA Exceptional Civilian Service Award:

(1) Accomplishing assigned duties in an exemplary manner, setting a record of individual achievement and inspiring others to improve the quality and quantity of their work performance.

(2) Exercising unusual initiative in devising new or improved work methods and procedures that result in substantial savings in manpower, time, space, materials, or other items of expense, or improving safety or health of employees.

(3) Outstanding achievement in improving the morale of workers in an organizational unit with consequent improvement in work performance.

(4) Demonstrating unusual courage or competence in an emergency while performing assigned duties.

(5) Other outstanding performance relating to official employment, comparable to that above, deemed by the Director, DLA or the Head of the activity to be worthy of recognition.

b. Nominations will be submitted in the following format:

(1) DLA Form 38.

(2) Specific justification, normally not exceeding three typewritten pages, citing examples and details in support of the recommendation.

(3) Description of present duties.

(4) Significant employment record.

(5) Draft of proposed citation, written in the third person, not more than 90 words in length.

(6) Chronology of previous awards and other significant recognition.

<h5>5-5. CERTIFICATE OF ACHIEVEMENT</h5>

a. DLA Form 30, Certificate of Achievement, is awarded to civilian employees of DLA by the Director, DLA, Heads of PLFAs and Heads of HQ PSEs. It may be awarded for significant contributions which warrant official recognition but are not broad enough in scope to merit the granting of the DLA Meritorious Civilian Service Award. It may be used to recognize sustained high quality performance over a period of time or special acts or achievements.

b. Submission of nominations for this award will be in accordance with locally established procedures. Normally nominations should be initiated by the employee's supervisor using DLA Form 38 with a short narrative justification and a proposed citation written in the third person.

<h5>5-6. DLA COMMENDABLE SERVICE CERTIFICATE</h5>

a. DLA Form 639, Commendable Service Certificate, is designed to provide honorary recognition of the contributions of outstanding achievers. It may be awarded by managers at the directorate level to civilian employees for significant contributions to the efficiency, effectiveness, or economy of operation of the immediate function to which assigned.

b. Nominations should cover a minimum period of service of 3 months.

c. Nominations will be considered in accordance with locally established procedures. Normally, this would include initiation of the nominations by the employee's immediate supervisor, using DLA Form 38 with a short narrative justification attached.

<h5>5-7. DLA DISTINGUISHED CAREER SERVICE AWARD</h5>

a. The Heads of PLFAs may grant this award to civilian employees upon retirement in recognition of career service over a period of years. The period of service covered may embrace military as well as civilian service.

b. To be eligible for this award, the employee should have:

(1) A record of sustained superior performance that has had some impact on the effective accomplishment of mission objectives.

(2) Receive some recognition for superior performance or special achievement. However, prior receipt of top level honorary recognition is not a prerequisite for eligibility.

c. This award is not to be used as a replacement for the

Retirement Certificate. It will not be granted in conjunction with the DLA Exceptional or Meritorious Civilian Service Award, the DLA Certificate of Achievement or the Commendable Service Certificate.

d. Nominations will be processed in accordance with locally established procedures. All nominations should include a citation, written in the third person, to be read during the presentation ceremony.

<h5>5-8. OUTSTANDING DLA PERSONNEL OF THE YEAR AWARD</h5>

a. The Outstanding DLA Personnel of the Year Award is presented by the Director, DLA to 10 or more DLA personnel. The awards may be made to both military and civilian personnel and are made for exemplary performance, inspirational to others, which has contributed significantly towards effective achievement of DLA's mission.

b. Announcement will be made annually with respect to format and content of nominations. Normally, to be eligible for award consideration the nominee should have during the award consideration period of 1 April through 31 March:

(1) Accomplished the performance of assigned duties in such a manner that the performance served as a positive motivator and inspiration to others to become more actively involved in serious efforts to improve the quality, increase the productivity, and expand the operational impact of their assigned responsibilities.

(2) Exhibited initiative and resourcefulness which resulted in the accomplishment of some visibly measurable and significant work achievement in the performance of assigned duties.

(3) Received at least one other type of significant formal recognition for performance/achievements.

Additionally, there should exist visible evidence that the nominee is held in high esteem by peers, subordinates, and superiors.

<h5>5-9. DLA AWARD FOR ACHIEVEMENT IN EQUAL EMPLOYMENT OPPORTUNITY</h5>

a. The DLA Award for Achievement in Equal Employment Opportunity (EEO) is presented by the Director, DLA to the person within DLA who has done the most within his sphere of influence, to achieve the basic goal of the DLA EEO Affirmative Action Plan to fully integrate the work force at all levels.

b. Announcement will be made annually with respect to format and content of nomination. All DLA personnel are eligible for the award. However, in considering nominees, emphasis should be given to the line manager who has done the most to establish and make significant progress toward reaching realistic goals in his organization. Under normal circumstances, Equal Employment Managers would not be nominated for this award. It is preferred that superior performance on the part of these individuals be acknowledged by the granting of other recognitions.

c. The award selection criteria may be modified in the annual announcement. However, the following guidelines are furnished for planning purposes:

(1) Nominees should normally be persons who have achieved results which are measurable in terms of DLA's various indices for judging progress toward numerical goals; but merely being assigned to or head of an organization which shows up well during a particular period in one or more of these quantitative standards of rating performance should not be the sole criterion. There should be a demonstrable cause-and-effect relationship between the actions of the nominee and the results achieved.

(2) In organizations with a Parity Index (PI) below 100, recognizable achievements may be in the form of substantial increases in the PI; or significant progress in "Upward Mobility" or minority employees' program actions; or effective contributions to community programs or community relationships which have a favorable effect upon EEO programs, or a combination of all four.

(3) In organizations with a PI above 100, an increase in the PI should not be given much weight in justifying award nomination. Managers identified with such well-situated activities may, nonetheless, qualify for award considerations, but on the basis of upward mobility, breakthroughs, community activities, or other considerations.

<h5>5-10. CAREER SERVICE AWARD</h5>

a. The standard Federal career service emblem, along with the DLA Form 35, Certificate of Service, will be used to recognize long faithful service and to stimulate employee's pride and interest in their organization and the Federal career service. The emblem may be awarded in recognition of the completion of 10 years of Federal service and thereafter for each 10-year period. For the purpose of this award "Federal service" includes honorable military service, civilian service in Departments/Agencies of the Federal Government, and in the municipal government of the District of Columbia. The DLA Form 33, Certificate of Retirement, may be granted in acknowledgement of the retirement of employees.

b. Activities will develop local procedures to assure timely presentation of awards with appropriate ceremony and publicity.

<h5>5-11. NON-DOD AWARDS</h5>

DLA personnel may be nominated for a number of awards sponsored by private organizations and other Governmental bodies. The awards are granted on a highly selective basis and in some cases include both monetary and honorary recognition. The sponsoring bodies announce annually procedures and criteria which are to be followed. Nominations will be solicited by DLA-KW upon receipt of announcements from the award sponsors.

<h5>5-12. RECOGNITION LETTERS</h5>

a. Contributions which do not meet the criteria for monetary or honorary awards may warrant letters of commendation or appreciation as recognition of above average contributions made in connection with official employment. These letters have a positive incentive value when used appropriately.

b. Letters of Commendation are to be used to commend an employee for unusual work performance or an act or service which clearly exceeds that normally expected. Letters may be awarded for any unusual achievement or performance which does not meet the criteria for monetary or honorary recognition but is sufficiently valuable to warrant official commendation. Such instances include, but are not limited to, an adopted suggestion where, because of job responsibility, the employee is ineligible for a cash award; superior work performance while on specific assignment; non-DLA recognition of outstanding DLA programs which reflect credit on the employee's contribution; or exceptional participation in civic or professional activities related to official employment. Letters of Commendation should contain a complete and concise description of the work performance, act, suggestion, or service being recognized. They should be signed by the Head of the activity or at a level no lower than the Head of a major organizational element.

c. Letters of Appreciation may be given at any time to express appreciation to an employee for work performance, an act or service which is above that which normally would be expected. They are appropriate for recognizing performance while on special assignment or during short periods where an unusual work situation or other emergency exists, contribution to civic or professional activities related to assigned duties such as speaking, participating in conferences, or other leadership activities, as well as other special employee efforts. The letters may be signed by the immediate supervisor, higher level supervisor, or any individual having knowledge of the services rendered.

d. Recognition letters may be made a part of the individual's official personnel folder. (FPM Supplement 293-31.)

<fig id=D000200>DETERMINING AWARD AMOUNTS</fig>
<fig id=D000201>TABLE 2 SCALE OF AWARDS</fig>

(1) The minimum award for tangible benefits may be granted only when the benefits reach or exceed $250 or an agency-determined minimum. The minimum award for intangible benefits should require a comparably high standard.
(2) Contributions recognized by cash awards based on intangible benefits must be comparable, in value to the Government, with those based on tangible benefits. Comparisons are shown, in paranthesis, below the award amounts in table 2.
(3) When a contribution has both tangible benefits and intangible benefits, the amount of award is based on the total value of the contribution to the Government, i.e. a combination of the award amount based on tangible and the award amount based on intangible benefits.

<h4>GUIDE FOR DETERMINING AWARD ELIGIBILITY</h4>

<h5>I. GENERAL</h5>

a. Monetary and/or honorary awards, as appropriate, should be granted when merited regardless of the employee's grade, level of responsibility, or type of responsibility. Adherence to the requirement that awards be granted for job-related contributions only if they clearly are beyond performance requirements will preclude a disproportionate number of awards being granted to higher graded employees. An award may

be granted to an employee for a contribution which concerns matters either within or outside job responsibilities, it must be so superior or meritorious that it warrants special recognition. In making such determinations, careful consideration should be given to the employee's position description, assigned duties, the performance requirements or standards for the position, and the extent of application of the contribution and its impact on the organization. The amount of savings alone should not be used to determine an employee's eligibility for an award, since in many positions the accomplishment of large savings often results from normal performance of duties. Normally, higher level employees, to be entitled to an award, will be expected to effect more significant improvements and/or larger savings than employees in the lower grades. The extent to which an employee's contribution has a beneficial effect outside his immediate activity is not in itself a qualifying factor, but is one to be considered along with the degree to which the contribution exceeded the normal requirements of the work for which the employee is being paid and amount of ingenuity and initiative reflected in the employee's contribution.

b. The employee's supervisor generally is in the best position to evaluate whether the contribution is within job responsibilities. However, classification specialists, personnel management specialists, and others may provide valuable input to the decision. Those making such determinations must exercise careful judgment to assure that criteria for determining award eligibility are neither too liberal nor too stringent.

<h5>II. DETERMINING AWARD ELIGIBILITY</h5>

The following questions may assist in reaching a determination:

a. Whether the contribution is within or outside the employee's normal job responsibilities.

(1) Is the subject of the contribution within the scope of the employee's work?

(2) Does the employee's job description cover the subject of the contribution?

(3) Is the employee expected or required to make contributions of the type under consideration?

(4) Is the nature of the contribution such that the employee's performance would be judged less than satisfactory if this contribution had not been made?

(5) Is the contribution one pertaining to the immediate work area which the employee can put into operation without consulting higher authority?

(6) If the contribution pertains to the employee's immediate work area, as well as having application elsewhere in the organization, would the employee be expected to make contributions that have impact beyond his immediate area?

If the answers to the above questions are "No" the contribution is outside of the employee's normal job responsibilities and should be

considered for recognition.

If the answers are "Yes" the contribution is within job responsibilities and, in order to receive recognition, a determination must be made that it is so superior that it merits an award.

b. Whether the contribution is so superior that it merits an award.

(1) Is the contribution of particular importance or significance to the organization?

(2) Was there a great amount of independent thought, or unusual insight, imagination, or effort involved?

(3) Will there be substantial impact or benefits derived from the contribution?

If the answer to any of these questions is yes, consideration should be given to granting recognition. When a contribution is determined to be partially within position responsibilities, considering the equities of the case in terms of the employee and the organization, the amount may be reduced proportionately from what the award would have been had the contribution been clearly beyond job responsibilities. When a contribution is considered within, or partially within, the employee's normal position requirements in the particular employing unit or organization, if it benefits other units within or outside of the organization or other Government organization(s), the individual should receive recognition to the extent that his assigned duties did not require such improvements or changes to be made in other organizations. In such cases, job responsibilities should not be a factor and the award should be based on the total benefits to the other organizations or agencies benefiting.

c. When no direct measurable monetary benefits are involved, demonstrable results of the following types should be considered:

(1) Enabling work of the unit to proceed on schedule during unplanned absence of associates or superiors or by meeting unusual demands through performance of higher level duties on the employee's own initiative along with regularly assigned duties of the employee's position.

(2) Sustaining the output of a unit in unusually adverse circumstances, or increasing noticeably the output of a unit, by either supervisors or nonsupervisors, through superior leadership or motivational efforts.

(3) Significantly improving public relations of the Agency/DoD, or sustaining good outside relations in unusually adverse circumstances.

(4) Improving service to the public in a specific way.

(5) Enabling the unit to meet unanticipated unit demands by performance of unusual duties for short periods at the same or higher levels than regular duties.