DETERMINING AWARD AMOUNTS

App A
DLAM 1432.1

## FOR SUGGESTIONS, INVENTIONS, AND SPECIAL ACTS OR SERVICES

### Table 1. Contributions With Tangible Benefits

| *Estimated First-Year Benefits to Government* | *Amount of Award* |
|---|---|
| Up to $10,000 | 10% of benefits |
| $10,001–$100,000 | $1,000 for the first $10,000, plus 3% of benefits over $10,000 |
| $100,001 or more | $3,700 for the first $100,000 plus .5% of benefits over $100,000 |

### Quick Guide for Calculating Awards Based on Tangible Benefits

| *Benefits* | *Award* | *Benefits* | *Award* | *Benefits* | *Award* | *Benefits* | *Award* | *Benefits* | *Award* |
|---|---|---|---|---|---|---|---|---|---|
| Up to $10,000 | 10% | 50,000 | 2,200 | 90,000 | 3,400 | 170,000 | 4,050 | 1,800,000 | 12,200 |
| 11,000 | 1,030 | 51,000 | 2,230 | 91,000 | 3,430 | 175,000 | 4,075 | 1,900,000 | 12,700 |
| 12,000 | 1,060 | 52,000 | 2,260 | 92,000 | 3,460 | 180,000 | 4,100 | 2,000,000 | 13,200 |
| 13,000 | 1,090 | 53,000 | 2,290 | 93,000 | 3,490 | 185,000 | 4,125 | 2,100,000 | 13,700 |
| 14,000 | 1,120 | 54,000 | 2,320 | 94,000 | 3,520 | 190,000 | 4,150 | 2,200,000 | 14,200 |
| 15,000 | 1,150 | 55,000 | 2,350 | 95,000 | 3,550 | 195,000 | 4,175 | 2,300,000 | 14,700 |
| 16,000 | 1,180 | 56,000 | 2,380 | 96,000 | 3,580 | 200,000 | 4,200 | 2,400,000 | 15,200 |
| 17,000 | 1,210 | 57,000 | 2,410 | 97,000 | 3,610 | 225,000 | 4,325 | 2,500,000 | 15,700 |
| 18,000 | 1,240 | 58,000 | 2,440 | 98,000 | 3,640 | 250,000 | 4,450 | 2,600,000 | 16,200 |
| 19,000 | 1,270 | 59,000 | 2,470 | 99,000 | 3,670 | 275,000 | 4,575 | 2,700,000 | 16,700 |
| 20,000 | 1,300 | 60,000 | 2,500 | 100,000 | 3,700 | 300,000 | 4,700 | 2,800,000 | 17,200 |
| 21,000 | 1,330 | 61,000 | 2,530 | 101,000 | 3,705 | 325,000 | 4,825 | 2,900,000 | 17,700 |
| 22,000 | 1,360 | 62,000 | 2,560 | 102,000 | 3,710 | 350,000 | 4,950 | 3,000,000 | 18,200 |
| 23,000 | 1,390 | 63,000 | 2,590 | 103,000 | 3,715 | 375,000 | 5,075 | 3,100,000 | 18,700 |
| 24,000 | 1,420 | 64,000 | 2,620 | 104,000 | 3,720 | 400,000 | 5,200 | 3,200,000 | 19,200 |
| 25,000 | 1,450 | 65,000 | 2,650 | 105,000 | 3,725 | 425,000 | 5,325 | 3,300,000 | 19,700 |
| 26,000 | 1,480 | 66,000 | 2,680 | 106,000 | 3,730 | 450,000 | 5,450 | 3,400,000 | 20,200 |
| 27,000 | 1,510 | 67,000 | 2,710 | 107,000 | 3,735 | 475,000 | 5,575 | 3,500,000 | 20,700 |
| 28,000 | 1,540 | 68,000 | 2,740 | 108,000 | 3,740 | 500,000 | 5,700 | 3,600,000 | 21,200 |
| 29,000 | 1,570 | 69,000 | 2,770 | 109,000 | 3,745 | 550,000 | 5,950 | 3,7000,000 | 21,700 |
| 30,000 | 1,600 | 70,000 | 2,800 | 110,000 | 3,750 | 600,000 | 6,200 | 3,800,000 | 22,200 |
| 31,000 | 1,630 | 71,000 | 2,830 | 111,000 | 3,755 | 650,000 | 6,450 | 3,900,000 | 22,700 |
| 32,000 | 1,660 | 72,000 | 2,860 | 112,000 | 3,760 | 700,000 | 6,700 | 4,000,000 | 23,200 |
| 33,000 | 1,690 | 73,000 | 2,890 | 113,000 | 3,765 | 750,000 | 6,950 | 4,100,000 | 23,700 |
| 34,000 | 1,720 | 74,000 | 2,920 | 114,000 | 3,770 | 800,000 | 7,200 | 4,200,000 | 24,200 |
| 35,000 | 1,750 | 75,000 | 2,950 | 115,000 | 3,775 | 850,000 | 7,450 | 4,300,000 | 24,700 |
| 36,000 | 1,780 | 76,000 | 2,980 | 116,000 | 3,780 | 900,000 | 7,700 | 4,360,000 | 25,000** |
| 37,000 | 1,810 | 77,000 | 3,010 | 117,000 | 3,785 | 950,000 | 7,950 | | |
| 38,000 | 1,840 | 78,000 | 3,040 | 118,000 | 3,790 | 1,000,000 | 8,200 | | |
| 39,000 | 1,870 | 79,000 | 3,070 | 119,000 | 3,795 | 1,050,000 | 8,450 | | |
| 40,000 | 1,900 | 80,000 | 3,100 | 120,000 | 3,800 | 1,100,000 | 8,700 | | |
| 41,000 | 1,930 | 81,000 | 3,130 | 125,000 | 3,825 | 1,150,000 | 8,950 | | |
| 42,000 | 1,960 | 82,000 | 3,160 | 130,000 | 3,850 | 1,200,000 | 9,200 | | |
| 43,000 | 1,990 | 83,000 | 3,190 | 135,000 | 3,875 | 1,250,000 | 9,450 | | |
| 44,000 | 2,020 | 84,000 | 3,220 | 140,000 | 3,900 | 1,300,000 | 9,700 | | |
| 45,000 | 2,050 | 85,000 | 3,250 | 145,000 | 3,925 | 1,350,000 | 9,950 | | |
| 46,000 | 2,080 | 86,000 | 3,280 | 150,000 | 3,950 | 1,400,000 | 10,200* | | |
| 47,000 | 2,110 | 87,000 | 3,310 | 155,000 | 3,975 | 1,500,000 | 10,700 | | |
| 48,000 | 2,140 | 88,000 | 3,340 | 160,000 | 4,000 | 1,600,000 | 11,200 | | |
| 49,000 | 2,170 | 89,000 | 3,370 | 165,000 | 4,025 | 1,700,000 | 11,700 | | |

* Awards over $10,000 require the approval of the Office of Personnel Management.

** Maximum award authorized by the Office of Personnel Management. A presidential Award of up to $10,000 may be paid in addition to the $25,000.

TABLE 2. SCALE OF AWARDS BASED ON INTANGIBLE BENEFITS

| VALUE OF BENEFIT | EXTENT OF APPLICATION | | | |
|---|---|---|---|---|
| | LIMITED | EXTENDED | BROAD | GENERAL |
| | AFFECTS FUNCTIONS, MISSION, OR PERSONNEL OF ONE OFFICE, FACILITY, INSTALLATION, OR AN ORGANIZATIONAL ELEMENT OF A HEADQUARTERS.<br>AFFECTS A SMALL AREA OF SCIENCE OR TECHNOLOGY. | AFFECTS FUNCTIONS, MISSION, OR PERSONNEL OF SEVERAL OFFICES, FACILITIES, OR INSTALLATIONS.<br>AFFECTS AN IMPORTANT AREA OF SCIENCE OR TECHNOLOGY. | AFFECTS FUNCTIONS, MISSION, OR PERSONNEL OF AN ENTIRE REGIONAL AREA OF COMMAND, MAY BE APPLICABLE TO ALL OF AN INDEPENDENT AGENCY OR A LARGE BUREAU.<br>AFFECTS A BROAD AREA OF SCIENCE OR TECHNOLOGY. | AFFECTS FUNCTIONS, MISSION, OR PERSONNEL OF SEVERAL REGIONAL AREAS OR COMMANDS, OR AN ENTIRE DEPARTMENT OR LARGE INDEPENDENT AGENCY, OR IS IN THE PUBLIC INTEREST THROUGHOUT THE NATION OR BEYOND. |
| **MODERATE VALUE**<br>CHANGE OR MODIFICATION OF AN OPERATING PRINCIPLE OR PROCEDURE WHICH HAS MODERATE VALUE SUFFICIENT TO MEET THE MINIMUM STANDARD FOR A CASH AWARD. AN IMPROVEMENT OF RATHER LIMITED VALUE OF A PRODUCT, ACTIVITY, PROGRAM, OR SERVICE TO THE PUBLIC | $25-100 (COMPARE W/$250-1,000 TANGIBLE BENEFITS) | $100-250 (COMPARE W/$1,000-2,500 TANGIBLE BENEFITS) | $250-500 | $500-1,000 |
| **SUBSTANTIAL VALUE**<br>SUBSTANTIAL CHANGE OR MODIFICATION OF AN OPERATING PRINCIPLE OR PROCEDURE; AN IMPORTANT IMPROVEMENT TO THE VALUE OF A PRODUCT, ACTIVITY, PROGRAM, OR SERVICE TO THE PUBLIC | $100-250 | $250-500 (COMPARE W/$2,500-5,000 TANGIBLE BENEFITS) | $500-1,000 (COMPARE W/$5,000-10,000 TANGIBLE BENEFITS) | $1,000-2,500 |
| **HIGH VALUE**<br>COMPLETE REVISION OF A BASIC PRINCIPLE OR PROCEDURE; A HIGHLY SIGNIFICANT IMPROVEMENT TO THE VALUE OF A PRODUCT, MAJOR ACTIVITY, OR PROGRAM OR SERVICE TO THE PUBLIC | $250-500 | $500-1,000 | $1,000-2,500 (COMPARE W/$10,000-40,000 TANGIBLE BENEFITS) | $2,500-5,000 |
| **EXCEPTIONAL VALUE**<br>INITIATION OF A NEW PRINCIPLE OR MAJOR PROCEDURE; A SUPERIOR IMPROVEMENT TO THE QUALITY OF A CRITICAL PRODUCT, ACTIVITY, PROGRAM, OR SERVICE TO THE PUBLIC | $500-1,000 | $1,000-2,500 | $2,500-5,000 (COMPARE W/$40,000-240,000 TANGIBLE BENEFITS) | $5,000-10,000 (COMPARE W/$240,000-1,380,000 TANGIBLE BENEFITS) |

(1) The minimum award for tangible benefits may be granted only when the benefits reach or exceed $250 or an agency-determined minimum. The minimum award for intangible benefits should require a comparably high standard.

(2) Contributions recognized by cash awards based on intangible benefits must be comparable, in value to the Government, with those based on tangible benefits. Comparisons are shown, in parenthesis, below the award amounts in table 2.

(3) When a contribution has both tangible benefits and intangible benefits, the amount of award is based on the total value of the contribution to the Government, i.e. a combination of the award amount based on tangible and the award amount based on intangible benefits.

# DLA at a Glance

The Defense Logistics Agency supplies the nation's military services and several civilian agencies with the critical resources they need to accomplish their worldwide missions. DLA provides wide-ranging logistical support for peacetime and wartime operations, as well as emergency preparedness and humanitarian missions.

Since its creation in 1961, DLA has grown to become a worldwide logistics combat support operation. From its headquarters just outside Washington, D.C., DLA oversees a staff of more than 22,000 civilian and military employees working 48 states (Idaho and Vermont) and 28 foreign countries. It supplies almost every consumable item America's military services need to operate, from groceries to jet fuel. In short, if America's forces can eat it, wear it, drive it, shoot it, or burn it, chances are that DLA helps provide it. DLA also helps dispose of materiel and equipment that is no longer needed.

DLA has supported every major war and contingency operation of the past four decades, from the Vietnam War to Operations Enduring Freedom and Iraqi Freedom.

In Fiscal Year 2004, DLA provided more than $28 billion in goods and services to all military services worldwide, including significant support to both Operation Enduring Freedom and Operation Iraqi Freedom. That support included food, clothing, medical supplies, weapon systems repair parts and goods and services for humanitarian relief efforts.

DLA continues to refine its ability to respond quickly and effectively to the needs of its military customers. DLA's Contingency Support Teams are consistently among the first to respond to the needs of forces deployed to far-flung countries around the world.

In addition, DLA has streamlined its supply depot and distribution system to reduce costs and improve delivery times to its customers in the field.

DLA stands at the forefront of the revolution in electronic commerce and information management, making millions of critical supply items available to forces worldwide at the click of a computer mouse.

# DLA MISSION

**To provide best value logistics support to America's Armed Forces, in peace and war . . .around the clock, around the world**

# DLA VISION

**Right Item, Right Time, Right Place, Right Price, Every Time. . .Best Value Solutions for America's Warfighters**

# DLA VALUES

**People. . .Service. . .Excellence. . . Innovation. . .Trust**

For additional information, check the DLA Website http://www.dla.mil

Defense Logistics Agency
8725 John J. Kingman Road, Suite 2545
Fort Belvoir, Virginia 22060-6221

1-877-352-2255



# DLA Lead Centers

A network of lead centers purchase and manage a variety of supplies and services to include fuel, food, clothing, construction supplies, electronics, medical supplies, distribution and disposal reutilization services.

**Products**

- Defense Energy Support Center (DESC) — Fort Belvoir, Va. — Fuels, gas and electrical power
- Defense Supply Center, Columbus (DSCC) — Columbus, Ohio — Maritime and Land Weapon Systems support
- Defense Supply Center, Richmond (DSCR) — Richmond, Va. — Aviation support
- Defense Supply Center, Philadelphia (DSCP) — Philadelphia, Pa. — Food, clothing, medical, general and industrial supplies

**Services**

- Defense Distribution Center (DDC) — New Cumberland, Pa. — Operates a worldwide network of 25 distribution centers that receive, store, and issue supplies. They are strategically located to enhance rapid distribution of critical military items. An aitional center will be opened in Fiscal Year 2005 to support ongoing operations.
- Defense Reutilization and Marketing Service (DRMS) — Battle Creek, Mich. — Handles property disposal of items from vehicles and office equipment to scrapping of Naval ships and hazardous materials.

To keep up with the fast pace of the electronic environment, DLA has established an eBusiness unit. The Defense Electronic Business Program Office (DOD eBusiness) falls under DLA's J-6 (Information Operations) directorate and is charged with implementing electronic business practices. DOD eBusiness includes these functions:

- Document Automation & Production Service (DAPS) — Mechanicsburg, Pa. — Provides printing services, digital conversion and storage of documents
- Defense Logistics Information Service — Battle Creek, Mich. —Manages and distributes logistics information
- Defense Automatic Addressing System Center — Wright–Patterson Air Force Base, Ohio — Receives, edits, validates and routes logistics transactions

Defense National Stockpile Center (DNSC) — Fort Belvoir, VA. — Stockpiles strategic raw materials so the United States would not be dependent on foreign sources in the event of war. With the changed international environment, DNSC is selling off its commodities and is in the process of being phased out.

# DLA Theater Support

DLA maintains headquarters in both Europe and the Pacific to provide customer assistance, liaison services, war planning interfaces and logistics support to the Combatant Commanders and their service component commands.

- DLA Europe — Wiesbaden, Germany — Serves as the focal point for tracking all warfighter issues to and from all DLA activities in Europe and the continental United States.
- DLA Pacific — Camp Smith, Hawaii; Taegu, Korea — Provides customer assistance, liaison services, war planning interfaces and logistics support to the Combatant Commanders, Pacific, and their service component commands
- DLA Central — MacDill Air Force Base, Florida — Serves as the focal point for logistics in Southwest Asia. DLA-C oversees three DLA Contingency Support Teams in Kuwait, Afghanistan and Iraq, with its customer support representatives working to bridge communications between DLA and the warfighter

DPSC PHILADELPHIA

| PROPOSAL NUMBER: 98-DP-008 | TO: F/mlR |
| --- | --- |
| TITLE: Contract Close-Out | RESPONSE REQUESTED BY: December 26, 1997 |

# MAKE DPSC ALL IT CAN "BEE"



15.733
Diana Maykowskyj
Shore 13788
DA 2000
Donna Logan
427-7214
(2)
EDC
CU
Member
PI #
omit decimal
150,30
15030
bal eng
verify dep
verify checking
703-767-1364 #
Withdraw
Transfer
~~Member to mem~~

EMPLOYI ... AM

# EMPLOYEE SUGGESTION PROGRAM
## DPSC PHILADELPHIA
### PROPOSAL

MAKE DPSC ESP ALL IT CAN "BEE"

**INSTRUCTIONS**

1. COMPLETE ALL INFORMATION REQUESTED
2. PLEASE TYPE OR PRINT LEGIBLY
3. USE ADDITIONAL SHEETS IF NECESSARY
4. FORWARD COMPLETED PROPOSAL TO YOUR EMPLOYEE SUGGESTION PROGRAM COORDINATOR

**DO NOT WRITE IN THIS SPACE**

FMR

PROPOSAL NUMBER: 98-DP-008

DATE RECEIVED: 11/19/97

TITLE OF PROPOSAL: Contract Close-Out

NAME / PHONE / ORGANIZATION: SIMONE ANDERSON DPSC-FBE X8351

SIGNATURE/DATE: Simone Anderson 11-17-97

POSITION TITLE AND GRADE / MILITARY RANK: ELECTRONIC COMMERCE ANALYST GS-12

HAVE YOU EVER SUBMITTED THIS IDEA UNDER THE MODEL INSTALLATION OR SUGGESTION PROGRAM?

NO ☑ YES ☐ MIP OR SUGGESTION # ______

WAIVER REQUIRED ☐ YES ☐ NO

IF YES, CITE SPECIFIC DIRECTIVE (INCLUDING PARAGRAPH)

CURRENT PROCEDURE: (PROBLEM)

See Attached

PROPOSED PROCEDURE: (SOLUTION)

See Attached

BENEFITS/ADVANTAGES:

See Attached

ESTIMATED SAVINGS: ☐ TANGIBLE ☐ INTANGIBLE ☐ UNKNOWN

$______ PER YEAR $______ ONE TIME ONLY

Show Calculation:

CURRENT PROCEDURE:

Right now everything that is input to SAMMS with pay office "16" (ODO) goes directly into MOCAS with a highly manual closeout process. It requires the DCMC personnel in charge of doing close-out to check each and every contract. The ODO line goes into Section 1 which is for active contracts. (This contract will stay in that section until receipt of DD250, at which point personnel can then do the closeout after research and moving contract into another section). SAMMS pays line by line for FAST PAY but MOCAS pays by contract. Though the ODO lines that go into MOCAS are paid by SAMMS, the above process is being done by the DCMC personnel who do administration on contracts for C&T.

PROPOSED PROCEDURE:

Propose that when a line is paid in SAMMS, it kick out an automatic flag to the MOCAS system, whether it is based on the FIC or another code. If the FIC is "Q", this is the point when the flag should go out. There should definitely be a key to notify MOCAS personnel which ODO's are already paid. (A copy of the contract file and financial page is attached).

BENEFITS/ADVANTAGES:

1. The delinquency report would be eliminated since SAMMS would do an automatic flag.
2. The amount of manual research and work would also be eliminated or cut down enormously for every person who works in DCMC.
3. The savings would be assumed across the board for all DCMCs.

4840

DEFENSE LOGISTICS AGENCY
DEFENSE LOGISTICS SUPPORT COMMAND
8725 JOHN J. KINGMAN ROAD, SUITE 2533
FORT BELVOIR, VIRGINIA 22060-6221

REPLY REFER TO DLSC-P

APR 15 1999

MEMORANDUM FOR FOP

SUBJECT: Employee Suggestion Number 98-DP-008, Contract Close-Out

Attached is the evaluation of subject suggestion. The suggestion was disapproved due to the fact that the problem is already in the process of being resolved within the MOCAS System. Questions may be referred to Mr. Rob Gee, DLSC-PRS, at 767-1439.

THOMAS D. RAY
Assistant Executive Director
Procurement Program Management Group
Procurement Management Directorate

Attachments

cc:
DLSC-BO



Federal Recycling Program Printed on Recycled Paper

ATTENTION: SEE REVERSE SIDE FOR CALCULATION OF SAVINGS & DETERMINATION OF AWARDS

# ESP PROPOSAL EVALUATION

MAKE DPSC ALL IT CAN "BEE"

FROM: DIR/OFC EVALUATOR

THRU: DPSC-RP ESP COORDINATOR

TO: COMMAND

1. PROPOSAL NUMBER: 98-DP-008

2. TITLE: Contract Close Out

## RECOMMENDATION

3. APPROVAL ☐ OTHER ☐ DISAPPROVAL
   - a. ☒ TOTALLY
   - b. ☐ PARTIALLY
   - c. ☐ RECOMMEND TRIAL EVALUATION PERIOD NTE
   - d. ☐ RECOMMEND APPROVAL BUT NOT WITHIN DPSC JURISDICTION; FORWARD TO
   - e. ☒ FURTHER EVALUATION REQUIRED BY DLA - FOX
   - f. ☐ YES ☐ NO THIS PROPOSAL IS PART OF PROPOSER'S NORMAL JOB RESPONSIBILITIES

4. IMPLEMENTATION DATE:

5. IMPLEMENTATION SCOPE:

6. ESTIMATED IMPLEMENTATION COST:

## EVALUATION

Comments: For contracts adminsitered by DCMC and paid by SAMMS.

Concur: When a contract/call meets SAMMS closure criteria, DCMC sould be sent from SAMMS the information they need to close the record in their system.

7. APPLICATION ☐ DIRECTORATE ☐ DPSC ☐ DLA ☐ DoD

8. TIME SPENT ON EVALUATION

9. COST OF EVALUATION & ADMINISTRATIVE REVIEW

## BENEFITS

10. TANGIBLE: *(show actual or estimated dollar savings and method used to compute in terms of workyears, personnel spaces, increased output equipment saved. etc.) (See Items 1, 2 and 3 on reverse side)*

11. INTANGIBLE: *(See Item 4 on reverse side)* AWARD AMOUNT $

| | | | | |
|---|---|---|---|---|
| VALUE OF BENEFIT | ☐ MODERATE | ☐ SUBSTANTIAL | ☐ HIGH | ☐ EXCEPTIONAL |
| EXTENT OF APPLICATION | ☐ LIMITED | ☐ EXTENDED | ☐ BROAD | ☐ GENERAL |

12. TYPED NAME/ ORGANIZATION/ TEL. EXT. OF EVALUATOR
JAMES HABERMAN
DPSC-RW
X2733
[signature]

13. COGNIZANT DIRECTORATE ☑ CONCUR ☐ NON CONCUR
[signature] 12/19/97
*(Signature/date)*

14. EVALUATOR

*(Signature/Date)*

15. COMMANDER ☐ APPROVE ☐ DISAPPROVED

*(Signature/Date)*

16. ACTION TAKEN/COMMENTS

- 38 -

DPSC FORM 5075 (EF)
NOV 93

OLA 31

ATTENTION: SEE REVERSE SIDE FOR CALCULATION OF SAVINGS & DETERMINATION OF AWARDS

# ESP PROPOSAL EVALUATION

MAKE DPSC ALL IT CAN "BEE"

| FROM: | THRU: | TO: |
|---|---|---|
| DIR/OFC EVALUATOR | DPSC-RP ESP COORDINATOR | COMMAND |

1. PROPOSAL NUMBER: 98-DP-008

2. TITLE: Contract close-out

## RECOMMENDATION

3. APPROVAL [X] OTHER [ ] DISAPPROVAL
   - a. [ ] TOTALLY
   - b. [ ] PARTIALLY
   - c. [ ] RECOMMEND TRIAL EVALUATION PERIOD NTE ____
   - d. [ ] RECOMMEND APPROVAL BUT NOT WITHIN DPSC JURISDICTION; FORWARD TO
   - e. [X] FURTHER EVALUATION REQUIRED BY Other DLA Centers
   - f. [ ] YES [ ] NO THIS PROPOSAL IS PART OF PROPOSER'S NORMAL JOB RESPONSIBILITIES

4. IMPLEMENTATION DATE:

5. IMPLEMENTATION SCOPE:

6. ESTIMATED IMPLEMENTATION COST:

## EVALUATION

See Attached

7. APPLICATION [ ] DIRECTORATE [ ] DPSC [X] DLA [ ] Do

8. TIME SPENT ON EVALUATION 2 hours

9. COST OF EVALUATION & ADMINISTRATIVE REVIEW $ 45.00

## BENEFITS

10. TANGIBLE: *(show actual or estimated dollar savings and method used to compute in terms of workyears, personnel spaces, increased output equipment saved, etc.) (See Items 1, 2 and 3 on reverse side)*

11. INTANGIBLE: *(See Item 4 on reverse side)* AWARD AMOUNT $ ____

| | | | | |
|---|---|---|---|---|
| VALUE OF BENEFIT | [ ] MODERATE | [ ] SUBSTANTIAL | [ ] HIGH | [ ] EXCEPTIONAL |
| EXTENT OF APPLICATION | [ ] LIMITED | [ ] EXTENDED | [ ] BROAD | [ ] GENERAL |

12. TYPED NAME/ ORGANIZATION/ TEL. EXT. OF EVALUATOR
DPSC-MRIC
Jim Bibber X7574
Procurement Analyst

13. COGNIZANT DIRECTORATE [X] CONCUR [ ] NON CONCUR
*(Signature/date)*

14. EVALUATOR
Jim Bibber
*(Signature/Date)*

15. COMMANDER [ ] APPROVE [ ] DISAPPROVED
*(Signature/Date)*

16. ACTION TAKEN/COMMENTS



DPSC FORM 5075 (EF)
NOV 93

OLA 32

## EVALUATION

Because SAMMS is a standardized system used throughout DLA (except Subsistence), other DLA buying centers should evaluate proposed SAMMS system changes, especially if they may have application DLA wide. However, the proposal to "kick out and automatic flag" may be redundant, since a FIC "Q", as noted in the suggestion, would appear to serve the same purpose. It is also noted that there are a number of FAR requirements that must be satisfied before a contract can be considered administratively closed, in addition to final payment.

ATTENTION: SEE REVERSE SIDE FOR CALCULATION OF SAVINGS AND DETERMINATION OF AWARDS

# ESP PROPOSAL EVALUATION

MAKE DPSC ESP ALL IT CAN "BEE"

| FROM: | THRU: | TO: |
|---|---|---|
| DIR/OFC EVALUATOR | DPSC ESP COORDINATOR | COMMAND |

| 1. PROPOSAL NUMBER: | 2. TITLE: |
|---|---|
| 98-DP-008 | Contract Close-out |

## RECOMMENDATION

3. APPROVAL ☐ OTHER ☐ DISAPPROVAL

a. ☒ TOTALLY

b. ☐ PARTIALLY

c. ☐ RECOMMEND TRIAL EVALUATION PERIOD NTE ____ AFTER WHICH FINAL APPROVAL WILL BE DECIDED

d. ☐ RECOMMEND APPROVAL BUT NOT WITHIN DPSC JURISDICTION; FORWARD TO ____

e. ☐ FURTHER EVALUATION REQUIRED BY ____

f. ☐ YES ☐ NO THIS PROPOSAL IS PART OF PROPOSER'S NORMAL JOB RESPONSIBILITIES

4. IMPLEMENTATION DATE:

5. IMPLEMENTATION SCOPE:

6. ESTIMATED IMPLEMENTATION COST:

## EVALUATION

All the DLA Supply Centers using SAMMS/DPACS need a MOCAS link to signify when a contract is closed. The time saved on both the Supply Center side and the DCMC side would be significant. It would result in less confusion between both parties and more time dealing with open contracts and issues.

7. APPLICATION ☐ DIRECTORATE ☐ DPSC ☒ DLA ☐ DoD

8. TIME SPENT ON EVALUATION: 1 Hour

9. COST OF EVALUATION & ADMINISTRATIVE REVIEW: $50.00

## BENEFITS

10. TANGIBLE: *(show actual or estimated dollar savings and method used to compute in terms of workyears, personnel spaces, increased output equipment saved, etc.) (See Items 1, 2 and 3 on reverse side)*

11. INTANGIBLE: *(See Item 4 on reverse side)* AWARD AMOUNT $ ____

| | | | | |
|---|---|---|---|---|
| VALUE OF BENEFIT | ☐ MODERATE | ☐ SUBSTANTIAL | ☒ HIGH | ☐ EXCEPTIONAL |
| EXTENT OF APPLICATION | ☐ LIMITED | ☐ EXTENDED | ☒ BROAD | ☐ GENERAL |

12. TYPED NAME/ ORGANIZATION/ TEL. EXT. OF EVALUATOR

13. COGNIZANT DIRECTORATE ☑ CONCUR ☐ NON CONCUR

[signature] 1/12/98

*(Signature/Date)*

14. EVALUATOR

GERALD WADDINGTON, DPSC-FBE, x2409

[signature] 5 JAN 98

*(Signature/Date)*

15. COMMANDER ☐ APPROVE ☐ DISAPPROVED

*(Signature/Date)*

16. ACTION TAKEN/COMMENTS

DPSC FORM 5075 (EF) NOV 93

# DPSC PHILADELPHIA

| PROPOSAL NUMBER: | TO: |
| --- | --- |
| 98-DP-008 | F/mlR |
| **TITLE:** | **RESPONSE REQUESTED BY:** |
| Contract Close-Out | December 26, 1997 |

# MAKE DPSC ALL IT CAN "BEE"



15.733
Diana Maykowskyj
Shore 13788
D1 2000
Donna Logan
427-7214
(2)
EUC
CU
Member
PI #
omit decimal
150.30
15030
bal inq
verify dep
verify checking
703-767-1364 #
Withdraw
Transfer
~~Member to mem~~

U

EMPLOY... AM

# EMPLOYEE SUGGESTION PROGRAM
## DPSC PHILADELPHIA
### PROPOSAL

MAKE DPSC

ESP

ALL IT CAN "BEE"

**INSTRUCTIONS**

1. COMPLETE ALL INFORMATION REQUESTED
2. PLEASE TYPE OR PRINT LEGIBLY
3. USE ADDITIONAL SHEETS IF NECESSARY
4. FORWARD COMPLETED PROPOSAL TO YOUR EMPLOYEE SUGGESTION PROGRAM COORDINATOR

**DO NOT WRITE IN THIS SPACE**

FMR

PROPOSAL NUMBER: 98-DP-008

DATE RECEIVED: 11/19/97

TITLE OF PROPOSAL: Contract Close-Out

NAME / PHONE / ORGANIZATION: SIMONE ANDERSON DPSC-FBE X8351

SIGNATURE/DATE: Simone Anderson 11-17-97

POSITION TITLE AND GRADE / MILITARY RANK: ELECTRONIC COMMERCE ANALYST GS-12

HAVE YOU EVER SUBMITTED THIS IDEA UNDER THE MODEL INSTALLATION OR SUGGESTION PROGRAM?

NO ☑ YES ☐ MIP OR SUGGESTION # ________

WAIVER REQUIRED ☐ YES ☐ NO

IF YES, CITE SPECIFIC DIRECTIVE (INCLUDING PARAGRAPH)

CURRENT PROCEDURE: (PROBLEM)

See Attached

PROPOSED PROCEDURE: (SOLUTION)

See Attached

BENEFITS/ADVANTAGES:

See Attached

ESTIMATED SAVINGS: ☐ TANGIBLE ☐ INTANGIBLE ☐ UNKNOWN

$__________ PER YEAR $__________ ONE TIME ONLY

Show Calculation: