# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)

Test Lab

## SECTION 1 GENERAL

### 1.1 Purpose of the Test Plan.

- To provide guidance for the management and technical effort necessary throughout the test period.
- To establish a comprehensive test plan and to communicate to DSDC, DFAS, DCMC, and the Test Cadre the nature and extent of the tests deemed necessary to provide a basis for evaluation of the system change.
- To coordinate with DSDC, DFAS, and DCMC an orderly schedule of events, a specification of equipment and organization requirements, the methodology of testing and a list of materials to be delivered.
- To provide a written record of the actual test inputs and the expected outputs and the instructions to permit execution of the test by the user staff and operator personnel.

### 1.2 Project References.

- **Project Title:** Automatic Closeout of DLA Other Disbursing Office (ODO)
- **Project References:**
  - AWR UN0H98-004R1, ODO R9 Addition dated 7 Jan 98.
  - System Subsystem Specification (SSS), Version 1.0 dated 4 Aug 98.
  - DLAM 8000.3, MOCAS Users Manual dated ~~1 Aug 94~~. Apr. 98
  - DLAM 4745.22, MOCAS Automated Data Systems Manual dated 4 Jun 93.
- **Project Sponsor:** DCMC-OC.
- **Project Users:** DCMC and DFAS

### 1.3 Terms and Abbreviations.

| | |
|---|---|
| **Acceptance Test (AT)** | A test designed to verify that a system or any of its elements performs its designed functions in accordance with the functional management requirements. |
| **Approval** | To formally accept a programmed system or revision for use within DLA. |
| **Certification** | To attest that a level of testing has been successfully completed and the tested system/revision has the capability of meeting all objectives stated in the formal test plan. |

# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



| | |
|---|---|
| **MOCAS** | Mechanization of Contract Administration Services. |
| **Objective** | A desired status or action accomplished by execution of the process initialized for required conditions. |
| **Operational Test (OT)** | A test to verify that the equipment performance and capacity are sufficient, personnel at the using activity have been adequately trained, and the user can effectively operate the system/revision. The using activity certifies completion of the OT. |
| **Result** | The actual status or action accomplished by execution of the process initialized for required conditions. |
| **Systems Test** | A test conducted by the design activity, designed to assure that all elements of the AIS are properly interfaced and that test data can be properly processed through the total system. |
| **Test Analysis Report** | The formal documentation which provides an evaluation of a systems test and any related conclusions or actions. |
| **Test Base** | The entire body of data utilized for testing. This includes a file base and a transaction base which when properly initialized can simulate all conditions being tested. |
| **Test Cadre** | A group of acceptance and systems personnel representing DLA, DFAS and DSDC organized for the purpose of testing the system. |
| **Test Plan** | The formal documentation for the process of testing a system or systems change. |
| **Test Period** | The period of time during which a test group is formed for the purpose of performing an acceptance test. |
| **Users Manual** | Specific instructions on how to provide input to the system, use output from the system and obtain information from and about the system. |

# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



### 1.4 Responsibilities

- **DSDC Project Manager – Virginia Kosch**
  - Confirms adequate system testing has been accomplished and certifies the system is ready to be acceptance tested prior to the start of the AT.
  - Furnishes input to and coordinates the AT Plan.
  - Releases the latest version of all necessary programs to the appropriate test database and releases documentation prior to start of the AT.
  - Assures, in conjunction with DCMC, that the test database is of the kind and type necessary to test the target system (proper mix of data).
  - Provides adequate facilities to conduct the AT including Office Space, LAN environment, 8 PC Workstations, 3 Printers dedicated to the AT, and Administrative Supplies such as: staplers, pens/pencils, staple removers, paper clips, rulers, scissors, tape, rubber bands, post-it note pads, etc.
  - Ensures only authorized and knowledgeable personnel can make changes to the programs and test database.
  - Provides all access codes/passwords to the Test Cadre.
  - Arranges with DFAS for testers to represent areas of responsibility.
  - Supports preparation for and all phases of test with adequate technicians, system and functional specialists.
  - Coordinates technical and telecommunications requirements needed during the Functional Test with DSDC-T and DSDC-R.
  - Provides telecommunication and connectivity support, as needed.
  - Provides funtional testers at DCMCs Los Angeles and Atlanta with remote access to the MOCU to test the conversion prior to the AT Readiness Review.
  - Provides monthly reports of the converted database at the test site by 0800 on Day 1 of the AT.
  - Arranges for local printing of reports.
  - Ensures that program corrections are made as urgency warrants.
  - Furnishes procedures, training and guidance as necessary.
  - Coordinates technical and telecommunications requirements needed during the Acceptance Test with appropriate personnel within DSDC.
  - Keeps DCMC-OC and DCMC-AB informed as to the status of system failures during the test.
  - Resolves problems and documents correction as to cause and correction of the problem on the problem sheet prior to returning the problem sheet to the DCMC Functional Manager to verify the fix.
  - Makes recommendations about the test and implementation to DCMC-AB and to DCMC-OC.
  - Signs the MFR certifying the completion of the AT, and makes recommendation that the system is or is not ready for operational test.

# ACCEPTANCE TEST PLAN
## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)


- **DCMC-AB Project Manager – Miss Joan Donahue**
  - Furnishes input to and coordinates the AT Plan.
  - Arranges with DCMC-OC for testers to represent areas of responsibility.
  - Coordinates issues between DCMC-OC and DSDC.
  - Participates in the review and evaluation of the test products that indicate a serious problem area and assists in developing solutions.
  - Executes test conditions and clearly documents problems that occur on problem sheets.
  - Signs the MFR certifying the completion of the AT, and makes recommendation that the system is or is not ready for operational test.
- **DCMC-OC Functional Manager – Ms. Vivian Hill**
  - Furnishes input to and coordinates the AT Plan.
  - Participates in the review and evaluation of the test products that indicate a serious problem area and assists in developing solutions.
  - Prepares test transactions, as needed, for input while the test is being executed.
  - Reviews and approves problem sheets.
  - Executes test conditions and clearly documents problems that occur on problem sheets.
  - Signs the MFR certifying the completion of the AT, and makes recommendation that the system is or is not ready for operational test.
- **DFAS Manager – Ms. Paula Denlinger** Gwen Palmer
  - Furnishes input to and coordinates the AT Plan.
  - Participates in the review and evaluation of the test products that indicate a serious problem area and assists in developing solutions.
  - Executes test conditions and clearly documents problems that occur on problem sheets.
  - Signs the MFR certifying the completion of the AT, and makes recommendation that the system is or is not ready for operational test.
- **Test Cadre (DCMC and DFAS personnel)**
  - Responsible for assistance in support of the AT. Shall be available as needed during the AT.
  - Assists in reviewing and evaluating test results, to determine if predicted results occurred.
  - Executes test conditions and clearly documents problems that occur on problem sheets and assists in developing solutions.

Test – Atlanta Feb–March

will pull from EDI using ... mail data

# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



MOCAS atlanta 2 monthly cycles

## SECTION 2 DEVELOPMENT TEST ACTIVITY

DSDC shall develop a detailed System Test Plan. The System Test Plan shall check conditions to insure that the system will operate as described in the SSS. DSDC shall run a Systems Test, and upon completion of the Systems Test, shall furnish System Test Certification and a certification that there are no known problems with the test database to prevent a successful AT to DCMC-AB by January 8, 1999. DSDC shall provide the funtional testers at DCMCs Los Angeles and Atlanta with remote access to the MOCU to test the conversion prior to the AT Readiness Review. DSDC shall provide monthly reports of the converted database at the test site by 0800 on Day 1 of the AT. A test database composed of the MOCQ and a fully equipped test site shall be available at DSDC, 3990 E. Broad St, Columbus, OH.

## SECTION 3 TEST PLAN

### 3.1 System Overview

Currently, contracts assigned to the Defense Contract Management Command (DCMC) for contract administration are paid in the Standard Automated Materiel Management System (SAMMS) database when they meet certain criteria. These contracts populate MOCAS via Electronic Data Interchange (EDI), Military Standard Contract Administration Procedures (MILSCAP), or manual DCMC input as ODOs. The MOCAS Batch Input has a '9 ' in the payment office field on the contract data record and generates a standard Administrative Contracting Office (ACO) coded remark R9-54. The MOCAS batch input from MILSCAP transmission has a '9 ' in the payment office field on the contract data record and does not generate a standard ACO code remark R9-54. Manual input requires input of the payment office code as '9 ' and the input of an R9-54. The use of the standard ACO coded remark, R9-54, assigns these ODOs to the CAR Part A for manual closeout by the ACO.

This AWR will identify DLA ODO contracts with an R9 remark of 70. It will also permit automatic movement of DLA ODO contracts from CAR Section 2 to Section 5, where there are no special contract provisions or other conditions that would prevent movement from Section 2 to Section 5 to close a contract. Non-DLA ODO contracts will continue with the manual closeout by ACO and will retain the R-9 54. This change will not effect existing MOCAS processes for section movements from Section 1 to CAR Section 2. This change does not effect batch modifications.

**3.2 Functions to be Tested** - DSDC shall provide some hard copies of the contracts that MOCAS will receive via EDI and MILSCAP or shall provide access to Electronic Data Access (EDA) so that these contracts can be printed from the web. The Test Cadre shall compare these contracts with various MOCAS reports listed in paragraph 3.7 of this AT Plan to verify that the MOCAS reports are showing accurate data.

- On-line Functions
- Batch Functions

### 3.3 Testing Schedule

- The testing shall be conducted January 25-February 5, 1999.
- The DCMC Functional Manager and the DCMC Project Manager with assistance from DSDC and DFAS shall lead the acceptance test.
- The schedule may be revised as jointly determined by DSDC, DCMC-AB, DCMC-OC, and DFAS.

**3.4 Test Location** - The test shall be conducted at the Defense Logistics Agency Systems Design Center, 3990 E. Broad St, Columbus, OH. Test Cadre must use the Yearling Road gate on the first day of their arrival to sign in and get a pass for their car. The back gate on James Street may be used for the rest of their stay. The main gate will be closed during this test.

# ACCEPTANCE TEST PLAN
## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)


Test log.

**3.5 Test Milestones**

Workdays listed are in relation to the start of the AT (Perform Testing step).

| Start | Stop | Event |
|---|---|---|
| -10 | -6 | Develop Test Plan |
| -10 | -6 | Identify Test Cadre |
| -10 | -6 | Establish Test Environment |
| -10 | -6 | Determine Initial Test Conditions |
| -6 | -6 | Hold AT Readiness Review |
| 0 | 10 | Perform Testing |
| 10 | 12 | Certification of AT |

**3.6 ADP Equipment –** Test ADP equipment shall consist of at least 8 486 computers each with a mouse and standard configuration and connectivity and 3 printers.

**3.7 Reports**

**3.7.1** This test shall involve verifying the accuracy of the following MOCAS reports:

| REPORT NUMBER | REPORT TITLE |
|---|---|
| UNMA180C | NLA ACCEPTED TRANSACTION LIST |
| UNMA180D | NLA REJECTED TRANSACTION LIST |
| UNMC700E | CONTRACT DOCUMENT BACKLOG LIST – ORG CODE AND DATE SEQUENCE |
| UNOV020A | NEW CONVERSION REPORT |

**3.7.2** DSDC shall provide the following reports that the test cadre needs in order to assess the success of their test conditions.

| | |
|---|---|
| UNKP420A | Contractor Information Summary – PC for Past 12 Months |
| UNKP430A | Contractor Information Summary – PC for Past 12 Months |
| UNKP430B | Active Workload and Production Complete |
| UNKP430C | Active Workload and Production Complete |
| UNKP430D | Active Workload and Production Complete |
| UNKP500A | Monthly Contractor Information Delinquency Report (CIDR) by Contract |
| UNKP560A | Production Complete Contracts – CAO Summary Report |
| UNKP570A | Production Complete Contracts – District Report |
| UNKP580A | DCMD Contract Statistical Summary – Buying Activity |
| UNKP580B | DCMD Contract Statistical Summary – By Services |
| UNKP590A | CIDR – IS/CMA |
| UNKP600A | CIDR – Work Center Report |
| UNKP610A | CIDR – CAO Statistical Report |
| UNKP620A | CIDR – District Statistical Report |
| UNKP630A | CIDR – Contractor Statistical Summary |
| UNKP700A | CIDR – High Delinquency Contractors |
| UNKP960A | CIDR – Summary of Schedules for DCMDW by Reason |
| UNKP960B | CIDR – Contractor Summary of Schedules by Reason Codes |

# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



| | |
|---|---|
| UNKP960C | CIDR |
| UNKP960H | CIDR |
| UNMA010A | Rejected Abstract Transaction Report |
| UNMA030A | Accepted Abstract Transaction Report |
| UNMA420A | Daily Delivery List |
| UNMC050A | Updated Contracts by Terminal Digit |
| UNMC050B | Updated Contracts by Organization |
| UNMC050C | New Contract Master Report |
| UNMC410A | 30/60 Day Advance Delivery Alert |
| UNMC840A | CAR by Industrial Specialist (IS) |
| UNMD010A | Inquiry Rejections |
| UNMD030A | Contract Reconciliations |
| UNMD040A | Contract Abstract – New Contract |
| UNMD040B | Contract Abstract – Production |
| UNMD040D | Contract Abstract – Inquiry |
| UNMD040E | Contract Abstract – Contract Closing |
| UNMD040F | Contract Abstract – PIIN/Org Change |
| UNMD040G | Contract Abstract – Finance Copy |
| UNMD370A | Closed Contract – Region Report |
| UNMD370B | Closed Contract – CAO Report |
| UNMD390A | Production Persons Workload |
| UYCM02 | Small Business Labor Set Aside Part A, Section 1 |
| UYCM03 | Overage Part A, Section 2 |
| UYCM04 | Overage Part B, Section 2 |
| UYCM11 | Section 5, Closed Contracts |
| UYCM12 | Section 5, Closed Contracts |
| UYCM13 | Zero Balance Parts A and B, Section 1 |
| UYCM14 | Delinquent Part A, Section 1 |
| UYCM15 | Delinquent Part B, Section 2 |
| UYCM16 | CAR Part A, Sections 1-5 |
| UYCM17 | CAR Part B, Sections 1-5 |
| UYCM18 | CAR Part C, Sections 1-5 |
| UYCM19 | CAR Part D |
| UYCM21 | CAR |
| UYCM22 | CAR Part A, Section 2, Overage Alert |

# ACCEPTANCE TEST PLAN

## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



**3.7.3** DSDC shall provide access to the following queries, applications and manuals that the test cadre needs in order to assess the success of their test conditions.

| | |
|---|---|
| Access to | Recent APRS change |
| Access to | SPECTRA QUERIES |
| Access to | TSO |
| DLAM 7000.5 | ACCOUNTING AND FINANCE MANUAL |
| DLAM 8000.3 | MOCAS USERS MANUAL |

**3.7.4 Screens**

| | |
|---|---|
| CT3500 | Maintain Supply Schedule Records |
| CT3510 | Add a Schedule |
| CT3511 | Change a Schedule |
| CT3522 | Delete a Schedule |
| CT3529 | Reason for Schedule Change Screen |
| CT3529A | Reason for Change of Schedule |
| CT3540 | Schedule Control Change Screen |
| CT5300 Series | Line Item Balance Inquiry |
| CT5700 Series | Inquiries |
| CT5800 Series | On-Line Abstract Inquiry Scan |
| UNKN15 | Selective Abstract Request |
| UNKN20 | Contract Abstract Delayed Inquiry Request |
| UNKP23 | Contract Information Summary – Active Workload |
| UNKP24 | Contract Information – Active Workload by Contract |
| UNKP25 | Weapon System Data Input |
| UNKP26 | Contractor/Quality Alert List Summary by Contractor |
| UNKP27 | Contract Information Summary – Production Completed Past 12 Months |
| UNKP28 | Contract Information– Production Completed Past 12 Months by Contract |
| UNKR10 | Production Person Workload Report Request |

# ACCEPTANCE TEST PLAN
## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)


### 3.8 Skills Required

| ORG | Skill | No. | Duration |
|---|---|---|---|
| DSDC | Project Manager<br>Functional Analyst<br>Programmer | 1<br>1<br>1 | Entire Test<br>As Required<br>As Required |
| DCMC | DCMDE FASST Lead<br>DCMDW FASST Lead<br>DCMC Functional Testers | 1<br>1<br>2 | Entire Test<br>Entire Test<br>As Required |
| DCMC-OC | Functional Manager | 1 | Entire Test |
| DCMC-AB | Project Manager | 1 | Entire Test |
| DFAS | Manager | 1 | Entire Test |

### 3.9 Security and Privacy
There are no unusual security or privacy considerations.

### 3.10 Subsequent Location Testing
An Operational Test at which COMPASS will be tested will be scheduled after AT cerification.

### 3.11 System Test Conditions
The test was performed on the MOC-U database. This database consisted of part of the MOC-L database. In accordance with paragraph 3.2.19 of the SSS, DSDC shall provide the DCMC Program Manager a list of all reports reviewed during the Systems Test that display the R-9 remark field at least two weeks before the start of the AT.

### 3.12 Test Progression
- DSDC shall perform and certify a systems test prior to the commencement of the AT.
- The test cadre shall execute all AT transactions, and verify that all test conditions process as expected.
- We plan on processing the following cycles. DSDC shall be responsible for giving a copy of this page of this AT Plan to Joe Stalter (DSDC-CREO) on the morning of Day 1 of the AT. We must achieve 8 successful cycles out of 9 possible nights. A second unsuccessful cycle at any point in the test will end the test, and cause the testers to leave.
  - Daily MOCAS Cycle(s) – As requested by Functional Manager (Minimum of 4)
  - Weekly MOCAS Cycle(s) - As requested by Functional Manager (minimum of 2)
  - Monthly MOCAS Cycle(s) - As requested by Functional Manager (minimum of 2)

| PLAN | Type of Cycle |
|---|---|
| Day 1 (Mon.) | Daily Cycle |
| Day 2 (Tues.) | Daily Cycle |
| Day 3 (Wed.) | Weekly Cycle |
| Day 4 (Thurs.) | Monthly Cycle |
| Day 5 (Fri.) | Daily Cycle |
| Day 6 (Mon.) | Daily Cycle |

| | |
|---|---|
| Day 7 (Tues.) | Weekly Cycle |
| Day 8 (Wed.) | Monthly Cycle |
| Day 9 (Thurs.) – Extra day in case there is an unsuccessful cycle | Monthly Cycle, if needed |

- Upon certification of the AT, an OT shall be scheduled.

need a firm CAR on the date of arrival.

**3.13 Test Materials/Deliverables**

Test materials for the acceptance test shall consist of a copy of this AT Plan, the AT conditions, the new conversion report, the monthly reports of the converted database available on Day 1 of the AT, the on-line screens, and the MOCAS reports from each cycle.

**3.14 Test Conditions – See Attachment 1.**

- Pre-Determined Results - The test cadre shall verify that all test conditions process as expected.
- Data Recording - The Test Cadre shall make a screen print of all test transactions and results. The DCMC Functional Manager shall keep the screen prints of all test transactions and results for at least a month after completion of the AT.

**3.15 Test Evaluation Criteria** - All test conditions must process as predicted for the system to be accepted. Any test condition not processing as predicted must be identified and resolved jointly by the test cadre.

**3.16 Problem Identification/Resolution**

- The test cadre shall document each problem found on a problem sheet (Attachment 2), and give it to the DCMC Functional Manager/Representative along with any supporting documentation such as screen prints or report/contract pages.
- Problems shall be categorized alphabetically depending on level of severity. The DCMC Functional Manager/Representative shall categorize each problem as follows:

| CATEGORY | DESCRIPTION |
|---|---|
| A | Must be corrected before test can proceed |
| B | Must be corrected before end of AT. |
| C | Must be corrected before deployment. |
| D | Requires an Automated Work Request (AWR) because it significantly changes the management requirement or is a significant new requirement; final disposition to this category is determined by DCMC-AB. |

- Completed problem sheets shall be forwarded to the DCMC Functional Manager/Representative for review and assignment of a problem sheet number. The problem sheet shall be forwarded to DSDC for investigation and resolution.
- DSDC shall have the problem investigated in a timely manner and have the resolution documented on the problem sheet form. The problem sheet shall then be given back to the DCMC Functional Manager/Representative.
- The DCMC Functional Manager/Representative shall review the DSDC response and arrange for verification of the fix, and return the problem sheet to DSDC with the results of the retesting (i.e., closed, cancelled, or still not working).

**3.17 Test Conclusion**

- The test shall conclude when all test conditions and problems have been adequately and successfully tested.
- An AT report shall be prepared summarizing the results of the acceptance test.
- A certification will be prepared attesting to the suitability of the system and the capability to progress to the OT. When all category A and B problems have been closed, the following offices will certify the completion of the AT: DSDC, DCMC-OC Functional Manager, DFAS Manager, and DCMC-AB.

# ACCEPTANCE TEST PLAN
## AUTOMATIC CLOSEOUT OF DLA OTHER DISBURSING OFFICE (ODO)



**3.18 AT Plan Approval -** The undersigned have reviewed this AT Plan and intend to follow it unless unexpected circumstances require it to be changed.

| | | | |
|---|---|---|---|
| **Vivian Hill, DCMC-OC** | **Date** | **Joan Donahue, DCMC-AB** | **Date** |
| **Virginia Kosch, DSDC** | **Date** | **Paula Denlinger, DFAS** | **Date** |

Call Peggy Robinson x 2-7262 614-692-7262

# APPENDIX A

# MEMORANDUM FOR RECORD

Jan 4, 1999

SUBJECT: Certification of System Test – Automatic Closeout of DLA ODO (AWR UN0H98-004R1)

1. During the period 24 Nov thru 17 Dec 1998, a system test was conducted at DSDC using the MOCU database.

2. The system test objectives were to ensure:
   a. EDI and MILSCAP contracts will automatically generated R9 remarks 54 or 70;
   b. On-line entry of contracts will require manual input of R9 54 or 70;
   c. Non-DLA ODO contracts having R9 54 require manual closeout;
   d. DLA ODO contracts in Part A Section 2 with R9 70 automatically move to Section 5 thirty days after completion;
   e. That all requirements of the System/Subsystem Specification dated 19 Nov 98 were met.

3. All test conditions have been satisfied.

4. A one-time program successfully converted existing ODO contracts on the database.

5. There were 6 system problems identified during the test period, all of which have been corrected.

6. Considering the input screens and new batch processing are working correctly, we feel the Functional Test can start at DCMC's discretion.

Virginia Kosch
DSDC-MPO

Joycanne Robinson
DSDC-RDAO

Ruth Owens
DSDC-PABO

David Bohigian
DSDC-RDAO

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ► 1

| | |
|---|---|
| To Joan Donahue | From V. Kosch |
| Dept./Agency DCMC | Phone # 853-6773 |
| Fax # 427-6324 | Fax # 850-9955 |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION