# In The United States Court of Federal Claims

No. 03-2671C

(Filed: August 10, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference on defendant's motion to dismiss will be held in this case on Tuesday, September 6, 2005, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

Further briefings of this motion will be stayed until further order.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge