# In The United States Court of Federal Claims

No. 03-2671C

(Filed: September 6, 2005)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The telephonic status conference scheduled for September 6, 2005, has been cancelled.

On August 8, 2005, defendant filed a motion to dismiss, or in the alternative, for summary judgment. Plaintiff shall file its response to defendant's motion on or before October 7, 2005. Subsequent briefing on that motion shall proceed in accordance with the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge