# **APPENDIX**

# INDEX TO APPENDIX


| DOCUMENT | PAGE(S) |
|---|---|
| Employee Suggestion Program, Proposal Number: 98-DP-008 (November 17, 1997) | 1-2 |
| Automated Data Processing/Telecommunications (ADP/T) Work Request (AWR) Control Number UN-00H8-004 (December 12, 1007) | 3 |
| ESP Proposal Evaluation (January 5, 1998) | 4 |
| Request for ADP Application (December 2, 1997) | 5-7 |
| E-mail from Patricia Clark to Donald Andrews (February 18, 1999) | 8 |
| Suggestion Evaluation and Transmittal from Thomas Schulkers, DSCC-BPS (March 10, 1999) | 9 |
| E-mail from Patricia Clark to Raymond Breuninger (March 19, 1999) | 10-11 |
| Suggestion Evaluation and Transmittal from Robert L. Gee, DLSC-PRS (April 13, 1999) | 12 |
| Suggestion Evaluation and Transmittal from Eva J. Golden, DSCR-RZP (April 26, 1999) | 13 |
| E-mail from Donald Andrews to Venetta Stewart (June 3, 1999) | 14 |
| E-mail from Raymond Breuninger to Donald Andrews (June 16, 1999) | 15 |
| Excerpts from Deposition of Simone Anderson, Plaintiff (April 27, 2005) | 16-17 |
| Excerpts from Deposition of Lillian Leone, witness (June 6, 2005) | 18-26 |
| Excerpts from Deposition of Donald Andrews, witness | |

(April 26, 2005)........................................................................................ 27-34

Excerpts from Deposition of Raymond Breuninger, witness
(April 26, 2005)........................................................................................ 35-36

Excerpts from Deposition of Vivian Hill, witness
(May 4, 2005)........................................................................................... 37-39

Various E-mails Concerning Plaintiff's Suggestion Including January 21, 1999
E-mail from Dave Schimmel to Diana Maykowskyj
(January 21, 1999).................................................................................... 40-42