# EMPLOYEE SUGGESTION PROGRAM
## DPSC PHILADELPHIA
## PROPOSAL

MAKE DPSC ESP ALL IT CAN "BEE"

| INSTRUCTIONS | DO NOT WRITE IN THIS SPACE |
|---|---|
| 1. COMPLETE ALL INFORMATION REQUESTED<br>2. PLEASE TYPE OR PRINT LEGIBLY<br>3. USE ADDITIONAL SHEETS IF NECESSARY<br>4. FORWARD COMPLETED PROPOSAL TO YOUR EMPLOYEE SUGGESTION PROGRAM COORDINATOR | FMR<br>PROPOSAL NUMBER: 98-SP-008<br>DATE RECEIVED: 11/14/97 |

TITLE OF PROPOSAL: Contract Close-Out

| NAME / PHONE / ORGANIZATION | SIGNATURE/DATE |
|---|---|
| SIMONE ANDERSON<br>DPSC-FBE X8351 | Simone Anderson 11-17-97 |
| POSITION TITLE AND GRADE / MILITARY RANK<br>ELECTRONIC COMMERCE ANALYST<br>GS-12 | HAVE YOU EVER SUBMITTED THIS IDEA UNDER THE MODEL INSTALLATION OR SUGGESTION PROGRAM?<br>NO ☑ YES ☐ MIP OR SUGGESTION # ______ |

WAIVER REQUIRED ☐ YES ☐ NO — IF YES, CITE SPECIFIC DIRECTIVE (INCLUDING PARAGRAPH)

CURRENT PROCEDURE: (PROBLEM)

See Attached

PROPOSED PROCEDURE: (SOLUTION)

See Attached

BENEFITS/ADVANTAGES:

See Attached

ESTIMATED SAVINGS: ☐ TANGIBLE ☐ INTANGIBLE ☐ UNKNOWN

$________ PER YEAR $________ ONE TIME ONLY

Show Calculation:

CURRENT PROCEDURE:

Right now everything that is input to SAMMS with pay office "16" (ODO) goes directly into MOCAS with a highly manual closeout process. It requires the DCMC personnel in charge of doing close-out to check each and every contract. The ODO line goes into Section 1 which is for active contracts. (This contract will stay in that section until receipt of DD250, at which point personnel can then do the closeout after research and moving contract into another section). SAMMS pays line by line for FAST PAY but MOCAS pays by contract. Though the ODO lines that go into MOCAS are paid by SAMMS, the above process is being done by the DCMC personnel who do administration on contracts for C&T.

PROPOSED PROCEDURE:

Propose that when a line is paid in SAMMS, it kick out an automatic flag to the MOCAS system, whether it is based on the FIC or another code. If the FIC is "Q", this is the point when the flag should go out. There should definitely be a key to notify MOCAS personnel which ODO's are already paid. (A copy of the contract file and financial page is attached).

BENEFITS/ADVANTAGES:

1. The delinquency report would be eliminated since SAMMS would do an automatic flag.
2. The amount of manual research and work would also be eliminated or cut down enormously for every person who works in DCMC.
3. The savings would be assumed across the board for all DCMCs.

# AUTOMATED DATA PROCESSING/TELECOMMUNICATIONS (ADP/T) WORK REQUEST (AWR)

TITLE: DLA Other Disbursing Office (ODO) R-9 Addition

CONTROL NO.: U N 0 0 H 8 - 0 0 4 (AIS / ACT. / YR / SEQ. NO. / REV.)

## PART I - ROUTING AND ACTION RECORD

| | FROM / TO | | RECEIPT / FORWARDING | |
|---|---|---|---|---|
| **1. FROM** | NAME OF REQUESTOR: Edwynn L. Burckle (Bart Hogan POC) | OFFICE SYMBOL: AQOC | RECOMMENDATION/ACTION: Request for Quick Look and estimated completion date to deployment. | |
| | TELEPHONE NO. (DSN): 955-3359 | DATE SUBMITTED (YYYYMMDD): 19971212 | | |
| | SIGNATURE OF SUPERVISOR: See attached Memo for DSDC | | | |
| **TO** | DLA System Design Center | OFFICE SYMBOL: DSDC-MMP | | |
| **2. FROM** | NAME: Ron Kunihiro | | DATE RECEIVED (YYYYMMDD): 19980107 | DATE AWR FORWARDED (YYYYMMDD): |
| | TELEPHONE NO. (DSN): 427-6338 | OFFICE SYMBOL: AQAC-E | RECOMMENDATION/ACTION: Assign Control Number, record, AQAC-A (L Donahue), and submit to DSDC. | |
| | SIGNATURE OF SUPERVISOR: [signature] | | | |
| **TO** | Chris Bruno | OFFICE SYMBOL: DLA-MMPRS | | |
| **3. FROM** | NAME: Chris Bruno | | DATE RECEIVED (YYYYMMDD): | DATE AWR FORWARDED (YYYYMMDD): |
| | TELEPHONE NO. (DSN): 427-1438 | OFFICE SYMBOL: DLA-MMPRS | RECOMMENDATION/ACTION: Review /Coordinate SAMMS portion AWR. | |
| | SIGNATURE OF SUPERVISOR: F. A. Bruno 1-2-98 | | | |
| **TO** | | OFFICE SYMBOL: DLSC-IS | | |
| **4. FROM** | NAME: | | DATE RECEIVED (YYYYMMDD): | DATE AWR FORWARDED (YYYYMMDD): |
| | TELEPHONE NO. (DSN): | OFFICE SYMBOL: | RECOMMENDATION/ACTION: | |
| | SIGNATURE OF SUPERVISOR: | | | |
| **TO** | | OFFICE SYMBOL: | | |
| **5. FROM** | NAME: | | DATE RECEIVED (YYYYMMDD): | DATE AWR FORWARDED (YYYYMMDD): |
| | TELEPHONE NO. (DSN): | OFFICE SYMBOL: | RECOMMENDATION/ACTION: | |
| | SIGNATURE OF SUPERVISOR: | | | |
| **TO** | | OFFICE SYMBOL: | | |
| **6. FROM** | NAME: | | DATE RECEIVED (YYYYMMDD): | DATE AWR FORWARDED (YYYYMMDD): |
| | TELEPHONE NO. (DSN): | OFFICE SYMBOL: | RECOMMENDATION/ACTION: | |
| | SIGNATURE OF SUPERVISOR: | | | |
| **TO** | | OFFICE SYMBOL: | | |

DLA Form 668-1, FEB 97 (EG) REPLACES DLA FORM 668, OCT 95. PerFORM (DLA) PAGE 1 OF 2

OLA 203

EXHIBIT D-13

ATTENTION: SEE REVERSE SIDE FOR CALCULATION OF SAVINGS & DETERMINATION OF AWARDS

# ESP PROPOSAL EVALUATION

MAKE DPSC ESP ALL IT CAN "BEE"

FROM: DIR/OFC EVALUATOR

THRU: DPSC ESP COORDINATOR

TO: COMMAND

1. PROPOSAL NUMBER: 98-DP-008

2. TITLE: Contract Close-out

## RECOMMENDATION

3. APPROVAL ☐ OTHER ☐ DISAPPROVAL

a. ☒ TOTALLY
b. ☐ PARTIALLY
c. ☐ RECOMMEND TRIAL EVALUATION PERIOD NTE ____ AFTER WHICH FINAL APPROVAL WILL BE DECIDED
d. ☐ RECOMMEND APPROVAL BUT NOT WITHIN DPSC JURISDICTION: FORWARD TO ____
e. ☐ FURTHER EVALUATION REQUIRED BY ____
f. ☐ YES ☐ NO THIS PROPOSAL IS PART OF PROPOSER'S NORMAL JOB RESPONSIBILITIES

4. IMPLEMENTATION DATE:

5. IMPLEMENTATION SCOPE:

6. ESTIMATED IMPLEMENTATION COST:

## EVALUATION

All the DLA Supply Centers using SAMMS/DPACS need a MOCAS link to signify when a contract is closed. The time saved on both the Supply Center side and the DCMC side would be significant. It would result in less confusion between both parties and more time dealing with open contracts and issues.

7. APPLICATION ☐ DIRECTORATE ☐ DPSC ☒ DLA ☐ DoD

8. TIME SPENT ON EVALUATION: 1 Hour

9. COST OF EVALUATION & ADMINISTRATIVE REVIEW $50.00

## BENEFITS

10. TANGIBLE: *(show actual or estimated dollar savings and method used to compute in terms of workyears, personnel spaces, increased output equipment saved, etc.) (See Items 1, 2 and 3 on reverse side)*

11. INTANGIBLE: *(See Item 4 on reverse side)* AWARD AMOUNT $ ____

| | | | | |
|---|---|---|---|---|
| VALUE OF BENEFIT | ☐ MODERATE | ☐ SUBSTANTIAL | ☒ HIGH | ☐ EXCEPTIONAL |
| EXTENT OF APPLICATION | ☐ LIMITED | ☐ EXTENDED | ☒ BROAD | ☐ GENERAL |

12. TYPED NAME/ ORGANIZATION/ TEL. EXT. OF EVALUATOR

13. COGNIZANT DIRECTORATE ☒ CONCUR ☐ NON CONCUR
[signature] 1/12/98
(Signature/Date)

14. EVALUATOR
GERALD WADDINGTON, DPSC-FBE, x2409
[signature] 5 JAN 98
(Signature/Date)

15. COMMANDER ☐ APPROVE ☐ DISAPPROVED
(Signature/Date)

16. ACTION TAKEN/COMMENTS

DPSC FORM 5075 (EF)

# REQUEST FOR ADP APPLICATION

PART 1 - SUBMISSION BY INITIATING ACTIVITY

| 1. TO: | 2. FROM: (OFFICE SYMBOL) | 3. CONTROL NUMBER: | 4. PRIORITY NR: |
|---|---|---|---|
| DPSC-Z | DPSC-FBE | F98-005 | 1.005 |

| 5. DATE REQUIRED | 6. FREQUENCY | 7. APPLICATION IS: |
|---|---|---|
| 30 Jan 98 | Once | ☒ NEW ☐ MODIFICATION |

8. SUBJECT:

Contract Closeout in MOCAS

9. STATEMENT OF REQUIREMENT(S)/SPECIFICATIONS - CONT'D SHEET ATTACHED ☐ YES ☒ NO

MOCAS is the DCMC Contracting and Financial System that pays our vendors if the Contract is DCMC administered. SAMMS Contracting and Financial Subsystems pay our vendors if the contract is designated to be paid "locally".

Recently a SCR was implemented to have a contract administered by DCMC but paid "locally" thru SAMMS. Because of this SCR and continuous disconnects between MOCAS and SAMMS we are requesting that when a Contract is completed in SAMMS (all Contract Lines being closed or all Contract Lines having a FIC = Q), then MOCAS should be updated and the Contract should be closed in the MOCAS system also.

SAMMS pays line by line and MOCAS pays by contract so it is imperative that all Contract Lines need to be closed in SAMMS before the flag is sent to MOCAS to close its' files.

10. JUSTIFICATION STATEMENT (SAVINGS/BENEFITS IF IMPLEMENTED)

10a. TANGIBLE REMARKS:

10b INTANGIBLE REMARKS

Manual Research would be eliminated for DCMC and Supply Center employees in reference to closed contracts.

| 11. ORIGINATED BY (SIGNATURE/TITLE/DATE) | 12. REQUESTING AUTHORITY (SIGNATURE/TITLE/DATE) |
|---|---|
| GERALD WADDINGTON, SYSTEMS ANALYST, C&T<br>[signature] 2 Dec 97 | KATHY MOORE, CH. ELECTRONIC COMMERCE BRANCH, C&T<br>[signature] |

912

Admin Payment Code Conflicts SCR - Revision 1

PART II. BLOCK 1. Background Information

The award process in SAMMS involves the processing of two transactions. These two transactions are the YPA and the YPB. Two codes which are input on the YPA are causing problems in the Directorate. The two codes are the Admin Location and the Payment Office codes. The fields are optional as the SAMMS system will assign the appropriate code based on the vendors Cage code. If a different geographical location (other than that assigned to the Cage code) is to be used these fields would be filled. the two fields are linked and must be compatible. For example, if the administration code is for Phoenix, AZ, the payment code must also be for Phoenix, AZ. If the person making the award puts two codes in that are not compatible, the program will convert the payment office code to reflect the same as the admin location code, totally disregarding what was input. This data is ultimately passed into the MOCAS system.

With the ongoing change to our business processes, we are now splitting the administrative function and the payment function to different locations. This is particularly true in the cases where fast pay provisions are used.

Whenever multiple locations are used for these two functions the award in the SAMMS Active Contract File is wrong. The buyer must go in and manually change each line item. This change is then reflected within the SAMMS system but is not passed to MOCAS. An incompatibility within the two systems results. Only the original award data will be reflected in the MOCAS system.

PART II, BLOCK 2. FUNCTIONAL REQUIREMENT.

This office has researched the problem and identified the solution as follows. The solution requires a change to SAMMS as well as a change to DPACS.

The SAMMS change is as follows. All contract awards should continue to validate the payment office based on the administration office using the file USMI.USFMADXR, unless a payment office code of 12 is entered. The local DFAS office (payment office 12) is a valid code that will be used in combination with all of the admin location codes. Whenever payment office code 12 is entered this should override the validation.

DPACS also needs to provide for this change. It must recognize an award under a specified dollar threshold limitation ($100,000.00). In short, if an award is made that falls below the dollar threshold, DPACS should automatically assign the DCMC administration office as it does now; however, the payment office should be assigned as the local DFAS office (12). On awards over $100,000.00, DPACS should continue to validate the payment office based on the administration office using the SAMMS file USMI.USFMADXR. The centers would also need a policy table so that the dollar value of the threshold could be manipulated as required.

PART III, COST/BENEFIT DATA.

The problem specified above applies to all DLA Supply Centers including DISC.

The benefits from this program change take three forms. First is the amount of manual time and effort to make the change to the proper payment code. Each line item of a contract has to be changed manually after award. Second, the MOCAS and SAMMS systems are not in agreement. This is resulting in contractor invoices not being paid promptly as invoices are being sent to the payment office not reflected in the on line contract files. The requested change will resolve this issue. Third, The Director of DFAS in a letter dated December 18, 1996 Subject: Small Dollar Contracts in Mechanization of Contract Administration Services (MOCAS) - Request for Help, stated that the MOCAS system is being overwhelmed with the payment of small purchase contracts which should be handled through SAMMS. This is because the DCMC has administration responsibilities and therefore the payment code is automatically MOCAS. The requested change will allow for DCMC to provide contract administration and the payment to be made by SAMMS as it should be. This will relieve the unnecessary burden on MOCAS. Further, the cost for a MOCAS payment is $96.13 per line and $18.24 per line. A copy of the letter is attached.

Please address any questions to Simone Anderson, DPSC-FBE, 215-737-8351.

**Andrews, Donald**

**From:** Clark, Patricia
**Sent:** Thursday, February 18, 1999 3:16 PM
**To:** Andrews, Donald
**Cc:** Venti, Theresa
**Subject:** FW: Suggestion

Don,
I'll do the monetary award portion of this suggestion. Except for getting this off of Theresa's desk one day for Simone, I'm wasn't familiar w/the idea.

In an email Diana Maykowskyj wrote in Oct she said the SCR was given a very high priority because of the associated cost savings ($7M-$1.5B annually). That's quite a chunk of change! and if true could result in a nicer award than using "intangible" General/High which is in the $2500 - $5000 range. I'll check with incentive awards about how they do an award based on millions in savings to see which is higher but in the meantime, do you know if the savings info is available?

By the way, could you get something in writing from whoever called you to tell you it was implemented - we'll need that as "proof" when sending the award back.

*Pat Clark*
*FBMR x5793*

-----Original Message-----
**From:** Venti, Theresa
**Sent:** Thursday, February 18, 1999 2:45 PM
**To:** Clark, Patricia
**Subject:** FW: Suggestion

-----Original Message-----
**From:** Andrews, Donald
**Sent:** Thursday, February 18, 1999 1:43 PM
**To:** Venti, Theresa
**Subject:** Suggestion

Hi Theresa,

I received a phone call about the suggestion that Simone wrote for Contract Closeout. Per Headquarters, the program has been implemented. Can you give me the current status as to the award. I believe that we spoke to Sam Hutchins the last time we checked.

Thanks,

Don

OLA 137

EXHIBIT
PENGAD 800-631-6989
D-16
4-26-05KD

# SUGGESTION EVALUATION AND TRANSMITTAL

| | |
|---|---|
| TO: DSCC-DE | FROM: DSCC-B |
| 1. SUGGESTION NUMBER 98-DP-008 | 2. ORIGINATING ACTIVITY DPSC |

3. SUBJECT OF SUGGESTION
Contract Close-Out

**SECTION A - ACTION TAKEN OR RECOMMENDED** *(Explain in Item 5 below)*

4. a. ☐ APPROVED FOR ADOPTION ☐ APPROVED PARTIALLY OR WITH MODIFICATION
(1) DATE SUGGESTION WAS/WILL BE IMPLEMENTED ____________
(2) METHOD OF IMPLEMENTATION ____________
(3) AMOUNT OF AWARD RECOMMENDED $ ____________ ☐ SUGGESTION CERTIFICATE ONLY

b. ☐ ADOPTION RECOMMENDED, BUT APPROVAL/IMPLEMENTATION NOT WITHIN AUTHORITY OF THIS OFFICE

c. ☐ RECOMMEND CONSIDERATION FOR WIDER USE

d. ☒ DISAPPROVED

e. ☐ ADOPTION NOT RECOMMENDED, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE

f. ☐ OTHER *(Explain in Item 5)*

5. REASONS FOR ACTION TAKEN OR RECOMMENDED
The suggestion proposes that when an Other Disbursing Office (ODO) contract closes in SAMMS a transaction is generated notifying MOCAS so DCMC administrators do not have to manually close-out the contact in MOCAS. The Automated Work Request (AWR) UN0H98-004R1 is currently in testing and will permit the automatic closeout of ODO contracts in MOCAS based on the movement of the contract from Contract Administration Report (CAR) Part 2 to CAR Part 5. Completion of this AWR will accomplish the idea of the suggestion.

**SECTION B - BENEFITS** *(Complete for all suggestions adopted or recommended for adoption)*

6. TANGIBLE *(Show actual or estimated dollar savings and method used to compute in terms of manhours, personnel spaces, increased output, equipment saved, etc.) (See Items 1, 2, and 3 on reverse)*

7. INTANGIBLE *(Use when tangible benefits cannot be computed, or in addition to tangible benefits when warranted) (See item 4 on reverse)*
a. VALUE OF BENEFIT: ☐ MODERATE ☐ SUBSTANTIAL ☐ HIGH ☐ EXCEPTIONAL
b. EXTENT OF APPLICATION: ☐ LIMITED ☐ EXTENDED ☐ BROAD ☐ GENERAL

| | | |
|---|---|---|
| 8. TYPED NAME/ORGANIZATION/TELEPHONE OF EVALUATOR Thomas Schulkers, DSCC-BPS, 26298 | SIGNATURE Thomas Schulkers | DATE 10 Mar 99 |
| 9. TYPED NAME OF SUPERVISOR OF EVALUATOR Bradley A. Lantz, Director, Corporate Information | SIGNATURE Bradley Lantz | DATE 11 Mar 99 |

DLA FORM 37, SEP 90 *(EG)* PREVIOUS EDITIONS MAY BE USED. PerFORM PRO (DLA)

OLA 43

**Andrews, Donald**

EXHIBIT D-23 4-26-05KD PENGAD 800-631-6989

**From:** Clark, Patricia
**Sent:** Friday, March 19, 1999 10:07 AM
**To:** Breuninger, Raymond
**Cc:** Andrews, Donald
**Subject:** Contract Closeout Suggestion/Simone

Ray,
This is the message I told you I tried to send. Unfortunately, you're still on our email system so there's probably been other messages sent you may not have received - oops!!
When I sent my original request to you I assumed you would be very familiar w/it because you may have worked on it w/Simone. After speaking w/you this morning, I'm not sure you remember the suggestion by the way I've described it so I've retyped what Simone originally wrote.
Basically here's what she wrote:

**CURRENT PROCEDURE;**

**Right now everything that is input to SAMMS with pay office "16" (ODO) goes directly into MOCAS with a highly manual closeout process. It requires the DCMC personnel in charge of doing close-out to check each and every contract. The ODO line goes into Section 1 which is for active contracts. (This contract will stay in that section until receipt of DD250, at which point personnel can then do the closeout after research and moving contract into another section). SAMMS pays line by line for FAST PAY but MOCAS pays by contract. Though the ODO lines that go into MOCAS are paid by SAMMS, the above process is being done by the DCMC personnel who do administration on contracts for C&T.**

**PROPOSED PROCEDURE:**

**Propose that when a line is paid in SAMMS, it kick out an automatic flag to the MOCAS system, whether it is based on the FIC or another code. If the FIC is "Q", this is the point when the flag should go out. There should definitely be a key to notify MOCAS personnel which ODO's are already paid.**

**BENEFITS/ADVANTAGES:**

**1. The delinquency report would be eliminated since SAMMS would do an automatic flag.**
**2. The amount of manual research and work would also be eliminated or cut down enormously for every person who works in DCMC.**

**3. The savings would be assumed across the board for all DCMCs.**

The bottom line is, now I have to come up with the amount of money we're going to award to Simone. According to info I've received via an email from DLA, the savings to DCMC is phenomenal - $7million a year across DLA. I need help verifying savings and was wondering if you've been involved w/this project and if you can help do that.

See my below message to further confuse you :)

Thanks for any help you can give me.

*Pat Clark*
*FBMR x5793*

-----Original Message-----
**From:** Clark, Patricia
**Sent:** Wednesday, March 17, 1999 3:13 PM
**To:** Breuninger, Raymond
**Subject:** FW: Contract Closeout Suggestion/Simone

Hello Ray,

I'm going to try and evaluate and submit the proposed dollar amount of award Simone should get under her suggestion 98-DP-008, Contract Close-Out.

I understand you may have a lot of data in regards to this suggestion, ie. number of actions, dollars saved for all of DLA maybe or just C&T because Simone and you may have discussed this issue while she was working up the suggestion.

I've been told that this suggestion/SCR has been implemented. Would you be able to verify that for me that DCM is seeing results of this suggestion? I'd probably be looking for something in the "official" category for both statistics and verification that DCM is being notified that SAMMS has already made the payment. (Actually, we're hoping you have a copy of the SCR because no one here has a copy. SCR #USPH 98006 798998 Revision 1)

Anything you can give me will be greatly appreciated. Call me if you have any questions.
Thanks again,

*Pat Clark*
*FBMR x5793*

Case 1:03-cv-02671-FMA Document 24 Filed 08/08/2005 Page 5 of 20

# SUGGESTION EVALUATION AND TRANSMITTAL

TO:
DLA-FOP

FROM:
DLSC-PRS

1. SUGGESTION NUMBER
98-DP-008

2. ORIGINATING ACTIVITY
DSCP

3. SUBJECT OF SUGGESTION
Contract Close-Out

SECTION A - ACTION TAKEN OR RECOMMENDED *(Explain in Item 5 below)*

4. a. ☐ APPROVED FOR ADOPTION ☐ APPROVED PARTIALLY OR WITH MODIFICATION

(1) DATE SUGGESTION WAS/WILL BE IMPLEMENTED

(2) METHOD OF IMPLEMENTATION

(3) AMOUNT OF AWARD RECOMMENDED $ ☐ SUGGESTION CERTIFICATE ONLY

b. ☐ ADOPTION RECOMMENDED, BUT APPROVAL/IMPLEMENTATION NOT WITHIN AUTHORITY OF THIS OFFICE

c. ☐ RECOMMEND CONSIDERATION FOR WIDER USE

d. ☒ DISAPPROVED

e. ☐ ADOPTION NOT RECOMMENDED, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE

f. ☐ OTHER *(Explain in Item 5)*

5. REASONS FOR ACTION TAKEN OR RECOMMENDED

The suggestion points out a valid problem. However, this problem is already in the process of being resolved. MOCAS Automated Work Request (AWR) UNOH98-004R1will automatically close-out ODO contracts/orders in the MOCAS System 30 days after the completion date of the contract/order. The AWR is currently being functionally tested. After the functional testing is complete, a two month environmental test will be conducted prior to full deployment within DCMC. The DCMC POC is Vivian Hill, (703)767-2371. 3366

SECTION B - BENEFITS *(Complete for all suggestions adopted or recommended for adoption)*

6. TANGIBLE *(Show actual or estimated dollar savings and method used to compute in terms of manhours, personnel spaces, increased output, equipment saved, etc.) (See Items 1, 2, and 3 on reverse)*

7. INTANGIBLE *(Use when tangible benefits cannot be computed, or in addition to tangible benefits when warranted) (See item 4 on reverse)*

a. VALUE OF BENEFIT: ☐ MODERATE ☐ SUBSTANTIAL ☐ HIGH ☐ EXCEPTIONAL

b. EXTENT OF APPLICATION: ☐ LIMITED ☐ EXTENDED ☐ BROAD ☐ GENERAL

8. TYPED NAME/ORGANIZATION/TELEPHONE OF EVALUATOR
Robert L. Gee, DLSC-PRS, (703)767-1439
SIGNATURE Robert L. Gee
DATE 4/13/99

9. TYPED NAME OF SUPERVISOR OF EVALUATOR
Denise Mutscheller, DLSC-PRS, (703)767-1394
SIGNATURE Denise Mutscheller
DATE 4/13/99

DLA FORM 37, SEP 90 *(EG)* PREVIOUS EDITIONS MAY BE USED. PerFORM PRO (DLA)

OLA 45

# SUGGESTION EVALUATION AND TRANSMITTAL

TO: DSCR-RPE

FROM: DSCR-RZP

1. SUGGESTION NUMBER: 98-DP-008

2. ORIGINATING ACTIVITY: DSCP

3. SUBJECT OF SUGGESTION: Contract Closeout

**SECTION A - ACTION TAKEN OR RECOMMENDED** *(Explain in Item 5 below)*

4. a. ☐ APPROVED FOR ADOPTION ☐ APPROVED PARTIALLY OR WITH MODIFICATION
   (1) DATE SUGGESTION WAS/WILL BE IMPLEMENTED
   (2) METHOD OF IMPLEMENTATION
   (3) AMOUNT OF AWARD RECOMMENDED $
   b. ☐ ADOPTION RECOMMENDED, BUT APPROVAL/IMPLEMENTATION NOT WITHIN AUTHORITY OF THIS OFFICE ☐ SUGGESTION CERTIFICATE ONLY
   c. ☐ RECOMMEND CONSIDERATION FOR WIDER USE
   d. ☐ DISAPPROVED
   e. ☐ ADOPTION NOT RECOMMENDED, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE
   f. ☒ OTHER *(Explain in Item 5)*

5. REASONS FOR ACTION TAKEN OR RECOMMENDED

The suggestion points out a valid problem for DCMC. The benefits/advantages listed would not apply to DSCR. Implementation of the suggestion will require a System Change Request (SCR) to SAMMS. DLA has initiated a project to replace SAMMS and may not accept additional SCRs.

DLSC-PRS advised that the problem is already in the process of being resolved. MOCAS Automated Work Request (AWR) UNOH98-004R1 will automatically closeout ODO contracts/orders in the MOCAS System 30 days after the completion date. Funtional and environmental testing will be accomplished prior to deployment within DCMC.

**SECTION B - BENEFITS** *(Complete for all suggestions adopted or recommended for adoption)*

6. TANGIBLE *(Show actual or estimated dollar savings and method used to compute in terms of manhours, personnel spaces, increased output, equipment saved, etc.) (See Items 1, 2, and 3 on reverse)*

7. INTANGIBLE *(Use when tangible benefits cannot be computed, or in addition to tangible benefits when warranted) (See Item 4 on reverse)*
   a. VALUE OF BENEFIT: ☐ MODERATE ☐ SUBSTANTIAL ☐ HIGH ☐ EXCEPTIONAL
   b. EXTENT OF APPLICATION: ☐ LIMITED ☐ EXTENDED ☐ BROAD ☐ GENERAL

8. TYPED NAME/ORGANIZATION/TELEPHONE OF EVALUATOR: Eva J. Golden, DSCR-RZP DSN 695-6195 | SIGNATURE: Eva J. Golden | DATE: 4/26/99

9. TYPED NAME OF SUPERVISOR OF EVALUATOR: Janet P. Price, DSCR-RZP DSN 695-5130 | SIGNATURE: [signature] | DATE: 4-27-99

DLA FORM 37, SEP 90 *(EG)* PREVIOUS EDITIONS MAY BE USED. PerFORM PRO (DLA)

OLA 44

**From:** Andrews, Donald
**Sent:** Thursday, June 03, 1999 3:03 PM
**To:** Stewart, Venetta
**Cc:** Venti, Theresa
**Subject:** Contract Closeout Suggestion

Hi Venetta,

I'll summarize the information that I have and I have the detailed copies of the files that I can give you as backup.

Simone submitted the suggestion for Contract Closeout, 98-DP-008 on November 17, 1997. This suggestion resulted in SCR SUPH98-006. The SCR was actually received in March 1998. DCMC claims that they already had their proposal in place prior to this suggestion. Their AWR is dated December 1997, but the functional portion is dated April 3, 1998.

In an e-mail from Lynne Weber to Diana Maykowskyj, dated November 10, 1998, Lynne says that the program for SCR USPH98006 was scheduled for completion on December 4, 1998. In a further email message dated Jan 21, 1999, Dave Schimmel states that the program was completed and functional at DISC and released to DSCC and DSCR for installation.

Based on the above it is impossible for DLA and the other ICPS to deny this suggestion. I have faxed these three hard copy documents to you this afternoon.

Please contact me immediately if you require any additional information as I have a continual series of emails on this subject.

Thanks,

Don Andrews

EXHIBIT
PENGAD 800-631-6989
D-15
4-26-05KD

Andrews, Donald

From: Breuninger, Raymond
Sent: Wednesday, June 16, 1999 7:40 AM
To: Andrews, Donald
Subject: SCR for Automatic MOCAS Close-out

EXHIBIT
D-21
4-26-05 KD
PENGAD 800-631-6989

Don,

Here's the latest from DCMC concerning the automatic close-out SCR.

**Memorandum For** Cdrs DCMDs, DCMC CAOs

**Subject:** Automated Work Request for Automatic Management and Closeout of Defense Logistics Agency (DLA) Other Disbursing Office (ODO) Contracts

**Date:** June 10, 1999

**Target Audience:** All DCMC District and Contract Administration Office (CAO) Operations Personnel

**New Information/Guidance/Tools:**

- A functional test for Automated Work Request (AWR) Automatic Closeout of DLA ODO contracts was conducted from April 5 through April 17, 1999. The functional test was certified on April 17, 1999. We are currently conducting the Operational Test using the District East database MOCG. The Operational Test is scheduled to run through July 7, 1999. If the Operational Test meets the requirements as outlined in Tasking Memorandum No. 99-179 dated May 18, 1999, we will certify the Operational Test on July 7, 1999. We have tentatively scheduled the installation of the automatic closeout program to District East database MOCH for July 10, 1999 and District West MOCL database for July 17, 1999. The FASST will provide detailed instructions to the CAOs prior to installation on the two databases.
- DCMC CAOs are reminded that in July 1997, DCMC received a class deviation to the Federal Acquisition Regulation (FAR) 4.804-05 (14) and (15), and Defense FAR Supplement 204.804-2 to allow contracts paid in SAMMS to be closed by the Administrative Contracting Officer (ACO) without verification of a contractor's final invoice or excess funds review. This deviation, along with the contents contained in DCMC policy memorandum 97-61, were incorporated in the One Book last year. Notwithstanding the exception outlined in the deviation, contracts assigned to Part A of the Contract Administration Report (CAR) solely because they are paid from a disbursing office other than DFAS-CO MOCAS, are administered in the same manner as they would be if they were paid from DFAS-CO MOCAS and assigned CAR Part B (e.g., filing in folders, files retention, post award determination).

Ray Breuninger
DCMC Customer Liaison
(215) 737-3188

OLA 73

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - -

SIMONE ANDERSON, Plaintiff : NO. 03-2671C

vs.

THE UNITED STATES, et al, Defendants

- - -

Oral deposition of SIMONE ANDERSON, taken pursuant to notice, held at the offices of PORTELLA & BJORKLUND, LLC, 126 White Horse Pike, Haddon Heights, New Jersey, on Tuesday, April 27, 2005, beginning at 12:14 p.m., before Kelly A. Draham, Shorthand Reporter-Notary Public, there being present.

- - -

ZANARAS REPORTING AND VIDEO
REGISTERED PROFESSIONAL REPORTERS
1616 Walnut Street, Suite 300
Philadelphia, Pennsylvania 19103
2112 Bay Avenue
Ocean City, New Jersey 08226
(215) 790-7857 1-877-GO-DEPOS





APPEARANCES:

PORTELLA & BJORKLUND, LLC
BY: MATTHEW V. PORTELLA, ESQUIRE
126 White Horse Pike
Haddon Heights, New Jersey 08035
Phone: (856) 310-9800
Representing the Plaintiff

UNITED STATES DEPARTMENT OF JUSTICE
BY: STEVEN M. MAGER, ESQUIRE
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-2377
Representing the Defendants

DEFENSE SUPPLY CENTER PHILADELPHIA
BY: SANDRA L. GUYDON, ESQUIRE
Office of Counsel Suite 3400
700 Robbins Avenue
Philadelphia, Pennsylvania 19111
Phone: (215) 737-8069
Representing the Defendants



INDEX


| WITNESS | | |
| --- | --- | --- |
| SIMONE ANDERSON | | |
| EXAMINATION BY | | PAGE |
| MR. MAGER | | 5,69 |
| MR. PORTELLA | | 64 |

- - -

EXHIBITS

| NUMBER | DESCRIPTION | PA |
| --- | --- | --- |
| D-26 | E-mails | 33 |
| D-27 | Request for ADP Application | 55 |




LITIGATION SUPPORT INDEX

Direction To Witness Not To Answer
Page Line Page Line
None

Request for Production of Documents
Page Line Page Line
14 2

Stipulations
Page Line Page Line
None

Questions Marked
Page Line Page Line
None

Q. And when it says Gerry will write SCR for SAMMS dash FIC "Q", parentheses, my suggestion, close parentheses is that your handwriting?

A. **Yes, it is.**

Q. And Gerry, who does that refer to?

A. **Gerry Waddington.**

Q. And what is an SCR?

A. **Systems change request.**

Q. What exactly does that mean? What happens with a system change request?

A. **Well, it changes the way the system is currently working to a better way of working it.**

Q. Does the system change request do that?

A. **Well, the systems change request is written and then it's given over to the programmers to do whatever they have to do. Again, I'm not a systems expert. So that's my understanding of it.**

Q. That's all I can ask for.

A. **Okay.**

Q. Now, did you ever receive any document from Defense Supply Center Philadelphia formally accepting your suggestion?



A. **Yes.**

Q. And what would that be?

A. **It was something that I saw somewhere saying that my suggestion was accepted. Well, I believe it was marked yesterday, the evaluations.**

Q. Do you recall who that was from?

A. **I believe Gerry Waddington signed it and Paul Zebrowski.**

Q. Did you ever receive any document from DLA accepting your suggestion?

A. **Actually, I will back up for one minute. On November 18th at the meeting Diana Maykowskyj accepted it and handed it out. Well, I had given a copy to Diana, to Chris, and to Bart.**

MR. PORTELLA: I'm going to interestingly enough object to your answer. The question was did you get a formal notice from the DLA saying that your suggestion was accepted.

So we want to stick to answering the questions.

THE WITNESS: No. Then the answer is no.



BY MR. MAGER:

Q. And then my next question would be did you receive any verbal acceptance --

A. **Yes.**

Q. -- from DLA accepting your suggestion?

A. **Yes.**

Q. Could you describe that, please?

A. **From Diana Maykowskyj that the suggestion was given a high priority and that it was being worked on and it was going to be implemented as soon as possible.**

Q. Do you know if she discussed it with anyone prior to --

A. **It was discussed at the November 18th, 1997 meeting in detail.**

Q. And how did she accept your suggestion? Do you remember specifically what she said?

A. **I gave her a copy of it and she said we have a fix to the ODO problems. And I believe that Gerry Waddington -- that's why my notice here that says he was supposed to do an SCR. Bart Hogan was to do the AWR, which is automated work request.**

Q. Did you ever receive any documents from DLA formally disapproving your suggestion?



A. **Absolutely not.**

Q. I'm going to go through some of the documents which were previously marked for identification.

A. **Okay.**

Q. Why don't we start with D-5. This is a document previously marked as Exhibit D-5, ESP proposal evaluation. Is this the document that you were referring to that accepted your suggestion?

A. **Yes, it is.**

Q. And do you know why the box regarding implementation date, implementation scope and estimated implementation cost is not filled out?

A. **I don't know why.**

Q. Okay. What is --

A. **Can I add something to that? I don't know why but I believe that Diana Maykowskyj had the lead on this because she accepted the suggestion.**

Q. Do you know why the commander box is not filled in?

A. **I don't know.**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - -

SIMONE ANDERSON, Plaintiff : NO. 03-2671C

vs. :

THE UNITED STATES, et al, Defendants :

ORIGINAL

\- - -

Oral deposition of LILLIAN LEONE, taken pursuant to notice, held at the offices of PORTELLA & BJORKLUND, LLC, 126 White Horse Pike, Haddon Heights, New Jersey, on Monday, June 6, 2005, beginning at 9:04 a.m., before Kelly A. Draham, Shorthand Reporter-Notary Public, there being present.

\- - -

ZANARAS REPORTING AND VIDEO

REGISTERED PROFESSIONAL REPORTERS

1616 Walnut Street, Suite 300

Philadelphia, Pennsylvania 19103

2112 Bay Avenue

Ocean City, New Jersey 08226

(215) 790-7857 1-877-GO-DEPOS

Q. Let me stop you right there, and I apologize. When you say DCMA had ODOs are you talking ODOs are SAMMS?
A. No.
Q. Okay.
A. Okay. No. We had what we would call an ODO, other disbursing office. That means that anybody in the country, any small little payment office anywhere in the country could make a payment instead of MOCAS.
Q. Okay.
A. Okay. And they would be coded with an R954, which meant that it was an other disbursing office.
Q. Okay.
A. What happened is when this suggestion came they wanted to make the -- they wanted to show the difference between a DCMC OD -- or not DCMC -- a DLA ODO and everybody else's ODO, okay. So they created a new remark which would go on a remark line which would identify it strictly as a DLA ODO.
Q. And is that new remark an R970?
A. 970, yes.

Q. So R970 in the system would show somebody or would cause somebody to identify it as a DLA ODO --
A. Yes.
Q. -- contract?
A. Yes.
Q. In MOCAS; yes?
A. Yes.
Q. But paid by an other disbursing office?
A. Right.
Q. What was the Code 16 that you talked about?
A. Code 16? Oh, that was for in the EDI transaction set that somehow the programmers were going to have it generate a 16 which would identify -- which would then -- okay. I know this is going to be technical but it's going to sound confusing.
Q. Okay.
A. In MOCAS there is a long line of accounting, which is an appropriation that the contract is paid out of. So when the EDI transaction set came in there was going to be a 16 in the EDI transaction set which would go to the


53068743-2e58-4816-b26d-e61701b843c3

there wasn't enough money for. So while we implemented the majority of the ODO, this was supposed to be done but it was never done.

Q. Does it describe what the problem was that it proposed to change?

A. What this was going to do, it was going to come back and have MOCAS -- it was going to have SAMMS talk to MOCAS. It was going to say, okay, fine, we've made a payment in SAMMS so now you can close out the contract. The problem was they paid by line item, we paid by contract.

So yes, this would have helped if they could have done it at contract level but it wasn't -- we just never got to that piece of it.

Q. Do you know whose suggestion this is?

A. I guess it's Simone Anderson's.

Q. Your sister; right?

A. Uh-huh.

Q. Ms. Leone, do you know if any part of this suggestion was implemented by the government?

A. The part of -- yes. The part of the suggestion that was implemented, okay, was the piece of it that said that they were going to come in and they were going to identify them as DLA