# SUPPLEMENTAL APPENDIX

# INDEX TO APPENDIX


| DOCUMENT | PAGE(S) |
|---|---|
| Excerpts from Deposition of Donald Andrews, Defense Supply Center – Philadelphia (April 26, 2005) | 1-4 |
| E-mail from Simone Anderson to Donald Andrews (May 11, 1998) re: ODO problems with attached e-mail from Diana Maykowskyj (Apr. 24, 1998) | 5-8 |
| Facsimile from Angie Henson, DLSC to Vanetta Stewart, DSCP re: SCR for USPH98-006 | 9-14 |
| Excerpts from Deposition of Lilian Leone (June 6, 2005) | 15-27 |