COPY



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - -

SIMONE ANDERSON, Plaintiff : NO. 03-2671C

vs.

THE UNITED STATES, et al, Defendants

\- - -

Oral deposition of DONALD ANDREWS, taken pursuant to notice, held at the offices of PORTELLA & BJORKLUND, LLC, 126 White Horse Pike, Haddon Heights, New Jersey, on Tuesday, April 26, 2005, beginning at 9:38 a.m., before Kelly A. Draham, Shorthand Reporter-Notary Public, there being present.

\- - -

ZANARAS REPORTING AND VIDEO
REGISTERED PROFESSIONAL REPORTERS
1616 Walnut Street, Suite 300
Philadelphia, Pennsylvania 19103
2112 Bay Avenue
Ocean City, New Jersey 08226
(215) 790-7857 1-877-GO-DEPOS





c39a729b-2d6b-46f1-a5f3-7bdbb1205883

BY MR. PORTELLA:

Q. And when I said it what I meant by that is the government doing something on purpose or purposefully saying to Ms. Anderson, no, we're not giving this to you because we just choose not to do so?

MR. MAGER: Objection; ambiguous.

THE WITNESS: I don't believe so.

MR. PORTELLA: That's all I have.

- - -

BY MR. MAGER:

Q. I just have a couple follow-up questions. I'm not going to take much of your time.

Just to clarify a couple of points, what is the basis for your opinion that the SCR that embodied Ms. Anderson's suggestion was implemented?

A. The basis is that I -- some of the e-mails that we looked at that said that this system was implemented were showing that -- there

was an e-mail saying that, from Dave Schimmel among others, that this thing was programmed and implemented.

Q. Can you take a second and go through the documents and quickly identify what those would be?

A. There were a couple of them. This was one of them.

Q. Can you please identify the exhibit number?

A. This is Defense Exhibit-17 where it talks about -- in here it's communications going from headquarters back to -- back and forth between headquarters and the programmers that are in Columbus that are saying that the programming work has been completed, that the program is already operational with the Philadelphia installation at DISC, and that it was going out to Columbus and Richmond in the near future.

Now, if you recall from one of the other documents Richmond had no use for this they said in their evaluation. So it didn't impact what was happening at Richmond.

But that's -- I mean, that's a lot

of the basis for saying that this thing was implemented.

You can also look at the evaluations that are in here from the other centers that were disapproved, the ones that were from '99. I'm looking at D-9 and D-8 and it's talking about in here -- it's referencing an AWR that is being programmed. And in this particular one in --

Q. Could you please identify which document you're talking about?

A. This is Exhibit D-8 and the date of that is April the 13th. It's specifically saying that the AWR for contract closeout is being functionally tested.

Q. Who had the authority to accept or approve a suggestion?

A. The suggestion itself? The person that's doing the evaluation makes a recommendation. You then have the director in each of those activities who signs it. And then I'm not sure whether it goes into command for signature or not. I don't -- I'm not sure. But if -- it may go into command to sign off on it ultimately. I'm not sure what that level is.

## Andrews, Donald

**From:** Anderson, Simone
**Sent:** Monday, May 11, 1998 12:53 PM
**To:** Andrews, Donald
**Subject:** FW: Re[4]: ODO Problems

----------

**From:** Anderson, Simone
**Sent:** Monday, May 11, 1998 9:49 AM
**To:** Anderson, Simone
**Subject:** FW: Re[4]: ODO Problems

----------

**From:** joan_donahue@hq.dla.mil[SMTP:joan_donahue@hq.dla.mil]
**Sent:** Friday, May 08, 1998 5:19 PM
**To:** josephine_ross@hq.dla.mil
**Cc:** Anderson, Simone; diana_maykowskyj@hq.dla.mil
**Subject:** Re[4]: ODO Problems

odosow.doc

The attached Statement of Work has been signed off by the three supervisors in my office. It went to Rowe Campbell's desk today. From her it will go to Marcia Case and DASC. Once DASC sends the funds to DSDC, DSDC will begin to work the project. I will let you know when the project gets funded.

Joan

______________________ Reply Separator ______________________
Subject: RE: Re[2]: ODO Problems
Author: josephine ross at ccpo07
Date: 5/4/98 5:54 PM

Ron/Joan, can one of you give us the status on the SCR mentioned below, including priority/when it will be implemented.

______________________ Forward Header ______________________
Subject: RE: Re[2]: ODO Problems
Author: diana maykowskyj at ccpo12
Date: 4/24/98 9:55 AM

FYI the below message from Simone Anderson. Something we need to do is pursue expediting the SCR that Simone is talking about. I have never understood why the MOCAS fix was not expedited before now. Perhaps,the problems associated with the it were played down. Not intentionally of course, but they weren't considered significant enough to slow the program down. The DLSC SCR # is USPH98-005. The MOCAS # is SCR UN008-004. We are sharing the cost of this SCR. I have spoken to my office upstairs and they have assured that it will be a priority. Would you please check with Ron K. and ensure that your

so given this SCR equal priority.

day and will be happy to share it with you.

works is DLSC # USPH98-006. This SCR is to update DPACS
. Because DPACS automatically defaults to pay code 16,
against Service BOAs, which to do not cite pay code 16
ed by the DCMC side. I have asked that this SCR also be
t is in for a quick look now to determine cost.

__________ Forward Header __________

2]: ODO Problems
on, Simone" <paa1329@exmail.dscp.dla.mil> at Internet
8:18 AM

some of the comments and problems, as far as ODO is
he SCR that is out there for contract closeout which will
ot of the problems you are talking about.

, Chris Bruno, Ray Breuninger and myself have discussed this
merous times. We also discussed this at the last DLA
Maybe you can find out what the status is on this. I am
is is the way to go and the answer to most closeout problems.

et me know if you need a copy.

: diana_maykowskyj@hq.dla.mil[SMTP:diana_maykowskyj@hq.dla.mil]
: Tuesday, April 21, 1998 6:14 PM
dldaniel@dscr.dla.mil; gmahon@dpsc.dla.mil; tgabbert@dscr.dla.mil;
derson@dpsc.dla.mil; dmccolgan@disc.dla.mil; rmckeever@disc.dla.mil;
arsen@dscr.dla.mil
bject: FW: Re[2]: ODO Problems

he below messages are forwarded for your information. Please take the
ppropriate action to ensure that the uspdd850 enhancement is installed at
our
Center in support of ODO/Pay Code 16, if applicable. dsm

__________ Forward Header __________

>Subject: FW: Re[2]: ODO Problems
>Author: "Schulkers, Thomas" <Thomas_Schulkers@dscc.dla.mil> at Internet
>Date: 4/20/98 2:18 PM
>
>
>Diana, Alecia, Tim,
>We compared the 850 to the hard copy and they agree. The DPACS Electronics
>POC immediately called the DMC and the uspdd850 change was installed on the
>midtier for the electronics' commodity. Thus the change has been installed
>for both commodities -electronics and construction - in Columbus.
>If you see any problems on the MOCAS side, don't hesitate to let me know.
>Tom
>
>

>
>
>
>> ----------
>> From: Schulkers, Thomas
>> Sent: Friday, April 17, 1998 3:55 PM
>> To: diana_maykowskyj@hq.dla.mil; 'alecia_solomon@columbus.dfas.mil'
>> Cc: BARTLEY.HOGAN@columbus.dfas.mil; Van Schaik, Julie; Robertson, Peggy
>> L; Borgwald, Steven F; Hall, David; 'ipullen@dsdc.dla.mil'
>> Subject: RE: Re[2]: ODO Problems
>>
>> Diana, Alecia,
>> Presently the 850 change for the construction side has been installed. We
>> will verify that the 850 agrees with the hard copy in DPACS. If all is
>> well, we will install on the electronics side. I do not anticipate any
>> problems and if this is the case, the DPACS change for electronics will
>> go in Monday.
>> I will let you know the status - one way or the other - Monday.
>> Tom
>>
>> ----------
>> From:
>> alecia_solomon@columbus.dfas.mil[SMTP:alecia_solomon@columbus.dfas.mil]
>> Sent: Friday, April 17, 1998 2:36 PM
>> To: Schulkers, Thomas; diana_maykowskyj@hq.dla.mil
>> Cc: BARTLEY.HOGAN@columbus.dfas.mil
>> Subject: Re[2]: ODO Problems
>>
>> Diana,
>>
>> Tom left a message with Bart that if all goes well the system change
>> will be in on Monday (I think just Constrcution/Electronics).
>>
>> I still need status on the install for the remaining centers.
>>
>> Patsy Frisch would like me to provide her a DLA Procurement P.O.C. to
>>
>> discuss the problems we are having. It may be mute if the fixes go
>> in
>> but I want to get her a contact.
>>
>> Can you provide me one or will you be the rep?
>>
>> Thanks
>>
>> Alecia
>>
>>
>> ______________________________ Reply Separator
>> _________________________________
>> Subject: Re: ODO Problems
>> Author: diana_maykowskyj@hq.dla.mil at fco-link2
>> Date: 4/17/98 1:56 PM
>>
>>
>> Do I owe you anything on this message after our three way conversation
>> with Bart
>> earlier this week. Have you gotten any feed back from Tom Scheulkers or
>> Ian
>> Pullen?
>>
>> ______________________________ Reply Separator
>> _________________________________

>> Subject: ODO Problems
>> Author: alecia_solomon@columbus.dfas.mil (ALECIA SOLOMON) at Internet
>> Date: 4/15/98 9:21 AM
>>
>>
>>
>> Diana,
>>
>> Our office has to provide status on the ODO project to our Center
>> Director on Monday, April 20. Both Stock Fund and MOCAS have had to
>> implement labor intensive work around procedures due to the problems
>> we are experiencing when the hard copy/EDA image does not match the
>> electronic transmissions. As you already know, we have submitted
>> examples to DLA.
>>
>> Please give us status on what has been done to date to correct this
>> problem. And is there an estimated completion date?
>>
>> Due to the problems we are experiencing, is it possible to have a
>> DPACS system enchancement which will not allow the buyer to change
>> the
>> hard copy/EDA image of the contract once the electronic transmissions
>>
>> (EDI) have been sent?
>>
>> Thanks,
>>
>> Alecia Solomon
>>
>>
>>
>
>

The following is an attached File item from cc:Mail. It contains information that had to be encoded to ensure successful transmission through various mail systems. To decode the file use the UUDECODE program.

------------------------------ Cut Here ------------------------------