INFORMATION SYSTEMS AND TECHNOLOGY
DIRECTORATE

(703) 767-1619 (COMMERCIAL FAX)
427-1619 (DSN FAX)

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: VANETTA STEWART | FROM: ANGIE HENSON |
| COMPANY: DSCP | DATE: 13 APRIL 99 |
| FAX NUMBER: 215-737-5782 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| RECEIVER'S TELEPHONE NUMBER: 4[illegible]-4406 | SENDER'S TELEPHONE NUMBER: 427-4099 |
| SUBJECT: SCR USPH98-006 | |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

9

Received: 4/12/99 12:33; 614 692 2833 -> DLSC-IP/IS/IA; Page 5
APR. -12' 99 (MON) 13:42 DSDC-CRO TEL:614 692 2833 P.005

# SYSTEMS CHANGE REQUEST

USPH98-006

| COST SAVINGS CATEGORY a | COST SAVINGS ELEMENT b. | | HOURS c. | X | PAY d. | X | BENEFITS FACTOR e. | TOTAL COST SAVINGS f. |
|---|---|---|---|---|---|---|---|---|
| ONE - TIME SAVINGS | 1. EQUIPMENT | | | | | | | |
| | 2. OTHER | a. | | | | | | |
| | | b. | | | | | | |
| | 3. SUBTOTAL (ADD 1-2) | | | | | | | |
| NET RECURRING ANNUAL SAVINGS | 4. PERSONNEL SERVICES | | | | | | | |
| | 5. SUPPLIES | | | | | | | |
| | 6. EQUIPMENT | | | | | | | |
| | 7. OPERATIONS & MAINTENANCE | | | | | | | |
| | 8. ADPE CAPACITY | | | | | | | |
| | 9. OPERATIONAL BENEFITS | a. | | | | | | |
| | | b. | | | | | | |
| | 10. OTHER | a. | | | | | | |
| | | b. | | | | | | |
| | 11. SUBTOTAL (Add 4 Thru 10) | | | | | | | |
| ONE -TIME INVESTMENT COSTS | 12. FUNCTIONAL RESOURSES | | | | | | | |
| | 13. PROGRAMMING RESOURSES | | | | | | | |
| | 14. TRAINING | | | | | | | |
| | 15. TRAVEL EXPENSES | | | | | | | |
| | 16. EQUIPMENT | | | | | | | |
| | 17. OTHER | a. | | | | | | |
| | | b. | | | | | | |
| | 18. SUBTOTAL (Add 12 Thru 17) | | | | | | | |
| NET ONE-TIME ☐ INVESTMENT ☐ COST | 19. TOTAL (Add 12 Thru 17) | | | | | | | |

| | |
|---|---|
| 20. INVESTMENT/SAVINGS RATIO (19/11) ☐ | 21. DISCOUNTED PAYBACK PERIOD |
| 22. ADDITIONAL INFO (SHEET ATTACHED __Y __N) | |

DLA FORM 1588 (REVERSE) 04/06/98 1588.WPD



Sent by: DLSC-IP/IS/IA 703 767 1619; 04/13/99 8:45; JetFax #326;Page 6/6

Received: 4/12/99 12:33; 614 692 2833 -> DLSC-IP/IS/IA; Page 4
APR.-12'99(MON) 13:42 DSDC-CRO TEL:614 692 2833 P.004

| SYSTEM CHANGE REQUEST | CONTROL NUMBER |
|---|---|
| | USPH98-006 |

## PART II - AIS MODIFICATION REQUEST

**1. BACKGROUND INFORMATION / BASIS (CONTINUATION SHEET ATCH _X_Y __N)**

☐

Update of DPACS screen USPDP242
SCR # USPOH7-998 R1 was implemented at DSCR on 8/7/97. This SCR changed SAMMS & DPACS to accept pay Office Code 16, thereby allowing SAMMS to pay invoices on DCMC administered contracts. Since the SCR was implemented, DSCR has written 1783 DO's against service BOA's. Hundreds of these orders have had to be modified from Pay Code 16 to MOCAS for payment.

☐

Currently DPACS will automatically default to Pay Code 16 any time there is a DCMC administered contract award with a dollar value of less than $100K ( or the $ value in the control table USPDP824). This presents a problem when purchase orders are written against service issued BOA's. If Pay Code 16 is used on an order against a BOA which does not cite pay code 16 as an acceptable payment office our orders are not IAW the terms & conditions of the contract. This requires DCMC or an ICP to modify numerous DO's citing Pay Code 16 written against BOA's. This results in

1.) Increased admin costs required to modify the order.
2.) The ODO savings of SCR USPOH-998 are not realized because the order is changed to MOCAS for payment.

Request DPACS screen USPDP242 ( Award Choice) be updated to reflect 3 options for the buyer to select from the admin.

1.) Locally Admin – Pay Code 12
2.) DCMC Admin - Locally Pay ( Pay Code 16)
3.) DCMC admin – MOCAS pay

Option1 will be used for locally administered orders using pay Code 12
Option2 will be used for locally administered orders using pay Code 16
Option3 will be used for locally administered orders & cite appropriate MOCAS pay office from the F-75 table.

This will allow the ICPs to build help screens to further explain when each Pay Office condition applies.

This change should also be incorporated into DPACS GUI.

**2. GENERAL FUNCTIONAL REQUIREMENT (CONTINUATION SHEET ATCH __Y __N)**

| 3.GENERAL IMPLEMENTATION DATE | 4. CLASSIFICATION MANDATORY | HIGH PAYBACK | T | R | DOC |
|---|---|---|---|---|---|
| | | | | | |

**5. JUSTIFICATION FOR PRIORITY ACTION (CONTINUATION SHEET ATCH __Y __N)**

| 6. INITIATOR NAME | 6A. OFFICE SYMBOL | 6B. DSN | 6C. DATE |
|---|---|---|---|
| 7. PSE PROJECT OFFICER ☐ | 7A. OFFICE SYMBOL | 7B. DSN | 7C. DATE |

Received: 4/12/99 12:33; 614 692 2833 -> DLSC-IP/IS/IA; Page 3
APR. -12' 99 (MON) 13:42 DSDC-CRO TEL:614 692 2833 P. 003

*Treat as Original*

# SYSTEM CHANGE REQUEST

| TITLE & LOCAL CONTROL NUMBER | HQ DLA CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| Update of DPACS Screen USPDP242 | SAIS / ACT | YR | | SEQ # | REV |
| USPDG7012 | USPH9 | 8 | - | 006 | |

**PART 1 - ROUTING AND ACTION RECORD**

CG: 100087

| | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 4 | DLSC-PRS<br>cc: A. Alvarez | DLSC-IS<br>6-1-98 DH | [signature] JUN 01 1998<br>Information Systems & Technology Directorate |

RECOMMENDATION / ACTION:

SCR is provided with "Cost Estimates". Current FPL prioritization will remain in effect unless you choose to change it, in which case a revised DLSC-PRS FPL will be required. Please return to DLSC-IS for further processing.

| | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 5 | DSDC-CRO<br>CC: DLSC-POA/PRS<br>DSDC-MP<br>DSCR-RZP | DLSC-IS<br>Coord w/DLSC-PRS | Lynne A. Weber 8/20/98<br>Information Systems & Technology Directorate |

RECOMMENDATION / ACTION:

SCR is provided for implementation in DPACS Production and GUI. Funding is provided for 66 hours in the amount of $3,777.84 and can be charged to Service Order #MM8H2A2SVAP010, Amend. #3 dated August 10, 1998.

| | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 6 | | | |

RECOMMENDATION / ACTION:

DLA FORM 558a 04/06/98 558A.WPD

$3,777.84



Sent by: DLSC-IP/IS/IA 703 767 1619; 04/13/99 8:44; JetFax #326;Page 4/6

Received: 4/12/99 12:32; 614 692 2833 -> DLSC-IP/IS/IA; Page 2
APR.-12'99(MON) 13:41 DSDC-CRO TEL:614 692 2833 P.002

# SYSTEM CHANGE REQUEST

| TITLE & LOCAL CONTROL NUMBER | HQ DLA CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| Update of DPACS Screen USPDP242 | Local HP0498-016 | | | | |
| | SAIS / ACT | YR | | SEQ # | REV |
| (USP0H8-035) | USPH9 | 8 | – | 006 | |

**PART I - ROUTING AND ACTION RECORD**

| # | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 1 | Angie Henson<br>4-6 98 DH | DLSC-PRS @ JECPO<br>2/20/98<br>Charles Howerton | Charles Howerton<br>February 20, 1998 |

RECOMMENDATION / ACTION:
Please provide a number and forward to DSDC for a PCE and notify this office upon its return.

| # | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 2 | DSDC-CRO<br>cc: DLSC-PRS | DLSC-IS<br>4-16-98 DH | [signature] APR 16 1998<br>Information Systems & Technology Directorate |

RECOMMENDATION / ACTION:
SCR is forwarded for "Cost Estimate". Please provide within 30 days.

| # | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 3 | DLSC-IS<br>cc:<br>DISC-BBC<br>DSCC-BPS<br>DSCR-RZP | DSDC-CRO | Dean C. Thiele 8 Mar 98 |

RECOMMENDATION / ACTION:
Due to the parallel support of DPACS in production and the current ET effort of DPACS GUI with imminent deployment, this initiative was PCE'd with 3 options: Production DPACS - 48 hrs; DPACS GUI - 34 hrs; or Production and GUI DPACS - 66 hrs. Please provide funding and prioritization upon your submittal of authorization. PCE is good for 180 days.

DLA FORM 558a 04/06/98 558A.WPD



Sent by: DLSC-IP/IS/IA 703 767 1619; 04/13/99 8:44; JetFax #326;Page 3/6

Received: 4/12/99 12:32; 614 692 2833 -> DLSC-IP/IS/IA; Page 1
APR.-12'99(MON) 13:41 DSDC-CRO TEL:614 692 2833 P.001

Attn: A. Henson

# SYSTEM CHANGE REQUEST

| TITLE & LOCAL CONTROL NUMBER | HQ DLA CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| Update of DPACS Screen USPDP242 | SAIS / ACT | YR | | SEQ # | REV |
| | USPH9 | 8 | - | 006 | |

PART 1 - ROUTING AND ACTION RECORD

| | TO: | FROM: | SIGNATURE & DATE |
|---|---|---|---|
| 7 | DLSC - IS<br>A. Henson | DSDC - CRO<br>Finkes | [signature] 4-11-99 |
| | RECOMMENDATION / ACTION: SCR completed 15 JAN 99. Total cost $3,863.70 | | |
| | TO: DLSC-PRS<br>cc: L. Weber<br>cc: DSCP | FROM: DLSC-IS<br>4-13-99 DA | SIGNATURE & DATE [signature] APR 1_ 1999<br>Information Systems & Technology Directorate |
| | RECOMMENDATION / ACTION: SCR completed 15 January 1999. See block #7. | | |
| | TO: | FROM: | SIGNATURE & DATE |
| | RECOMMENDATION / ACTION: | | |

DLA FORM 558a 04/06/98 558A.WPD



Sent by: DLSC-IP/IS/IA; 703 767 1619; 04/13/99 8:43; JetFax #326;Page 2/6