**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SIMONE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2671C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBIT**

In order to assist the Court at the telephonic oral argument in the above captioned case, the United States seeks leave to file the attached color copy of a demonstrative exhibit. This exhibit will be used by counsel for the United States at oral argument, and was created with the assistance of Vivian Hill, an employee of the Defense Contract Management Agency ("DCMA"). Ms. Hill was part of the integrated process team that worked on the functional side of the computer contract problems between the Mechanization of Contract Administrative Services ("MOCAS") and the Standard Automation Material Management Systems ("SAMMS"). She served as DCMC-OC Functional Manager. The exhibit is further supported by material found in our appendix to the motion to dismiss, or in the alternative, motion for summary judgment at pages 36, 56-60, 68, 76 and the supplemental appendix attached to our reply at pages 20, 25, and 27.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

February 12, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of February 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBIT" with attached demonstrative exhibit was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice