# SIMONE ANDERSON'S PROPOSAL



# SOLUTION IMPLEMENTED

**SAMMS (DSCP)**



**MOCAS (DCMA)**



←

**SAMMS** Contracts Manually Entered With **SPECIAL CODING**

←

**Delivery**

# COMPARISON

## (MS. ANDERSON'S SUGGESTION/IMPLEMENTED SOLUTION)

**SAMMS (DSCP)**



**MOCAS (DCMA)**



←

**SAMMS** Contracts Manually Entered With No Special Coding (with SPECIAL CODING)

**Payment** → SAMMS → **Flag** → MOCAS ← **Delivery**