# In The United States Court of Federal Claims

No. 03-2671C

(Filed: February 13, 2006)

SIMONE ANDERSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 13, 2005, the court held telephonic oral argument on defendant's motion to dismiss, or in the alternative, summary judgment. Participating for plaintiff was Matthew Portella; participating for defendant was Steven Mager. Based on the discussions during the argument, the court determined that supplementary briefing is necessary on certain issues raised in the initial briefs and oral argument. Accordingly, the court hereby orders that on or before March 15, 2006, each party shall file a supplemental brief, no more than 5 pages, not including attached appendices, addressing the authority issues raised during the argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge