# SUPPLEMENTAL APPENDIX

# INDEX TO SUPPLEMENTAL APPENDIX


| DOCUMENT | PAGE(S) |
|---|---|
| Excerpts from Deposition of Raymond Breuninger, witness (April 26, 2005)........ | 1-2 |
| Excerpts from Deposition of Donald Andrews, witness (April 26, 2005)........ | 3-4 |