# **APPENDIX**

# INDEX TO APPENDIX

| DOCUMENT | PAGE(S) |
|---|---|
| Declaration of Patricia Clark (March 8, 2006) | 1-2 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SIMONE ANDERSON : No. 03-2671C

v. Judge Allegra

THE UNITED STATES

DECLARATION OF PATRICIA CLARK

1. In 1997 I was a Procurement Analyst in the Directorate of Clothing & Textiles (C&T) of the Defense Personnel Support Center (now the Defense Supply Center Philadelphia).

2. As part of my duties, I evaluated suggestions that fell within my area of responsibility.

3. My level of responsibility and authority was the same as that of Donald (Don) Andrews and Gerald Waddington.

4. The suggestion made by Simone Anderson, numbered 98-DP-008 was first evaluated by Gerald Waddington because he was the subject matter expert.

5. When Gerald Waddington transferred to another office, the suggestion became my area of responsibility.

6. I then continued the evaluation of Ms. Anderson's suggestion.

7. I did not have the authority to approve, adopt or authorize payment for the suggestion. Don Andrews did not have the authority to approve, adopt or authorize

payment for the suggestion. Gerald Waddington did not have the authority to approve, adopt or authorize payment for the suggestion. To the extent that DSCP possessed any such authority, that authority belonged to the Commander of DSCP.

8. When we evaluated the suggestion, we recommended that it be sent to our headquarters for further evaluation because it had DLA-wide implications. DSCP could not independently approve a suggestion that had DLA-wide implications.

I declare pursuant to 28 USC §1746, under the penalty of perjury that the foregoing are true and correct statements.

3/8/06
DATE

PATRICIA CLARK