# In the United States Court of Federal Claims

**No. 03-2671 C**

**E- Filed: October 3, 2006**

**SIMONE ANDERSON**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's opinion, filed September 29, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

October 3, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.